Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Debbie Outlaw Properties, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **4300 Avenue B** **1011 Blanco Street** **1918 Robbins** **2606 Salado** **3000 Duval Street** **2713 & 2715 Hemphill** **400 East 30th Street** **607 & 609 Elmwood** **911 Duncan** **4501 Ave. B** **4522 Speedway** **3213 Harris Park** **704 E. 49th Street** **3410 Speedway** **3311 Red River Street** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 0 9 3 1 1 1 7 | |
| **4. Debtor's address** | **Principal place of business** 16105 Chateau Avenue Number   Street Austin, TX 78734 City   State   ZIP Code Travis County | **Mailing address, if different from principal place of business** _____ Number   Street _____ City   State   ZIP Code **Location of principal assets, if different from principal place of business** _____ Number   Street _____ City   State   ZIP Code |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page **1**

Debtor **Double Outlaw Properties, LLC**     Case number *(if known)*

| | |
|---|---|
| **5.** Debtor's website (URL) | |
| **6.** Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |
| **7.** Describe debtor's business | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| |   **5 3 1 1** |
| **8.** Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| |    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| |    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| |    ☐ A plan is being filed with this petition. |
| |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |
| **9.** Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
| | ☐ Yes. District _____ When ____/____/____ Case number _____ |
| |       District _____ When ____/____/____ Case number _____ |
| **10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
| | ☐ Yes. Debtor _____ Relationship _____ |
| |       District _____ When ____/____/____ |
| |       Case number, if known _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **2**

Debtor  **Debbie Outlaw Properties, LLC**　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　Number　　Street<br>_____<br>　　City　　　　　　　　　　　State　　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49　☑ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　☑ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor **Debbie Outlaw Properties, LLC**       Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/05/2025**
                  MM/ DD/ YYYY

X **/s/ Debbie J. Outlaw**                                **Debbie J. Outlaw**
Signature of authorized representative of debtor          Printed name

Title   **Sole Managing Member**

**18. Signature of attorney**

X _____**/s/ Frank B Lyon**_____        Date **02/05/2025**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Frank B Lyon**
Printed name

**Frank B Lyon**
Firm name

**PO Box 50210**
Number    Street

**Austin**                          **TX**       **78763-0210**
City                                State      ZIP Code

**(512) 345-8964**                  **frank@franklyon.com**
Contact phone                       Email address

**12739800**                        **TX**
Bar number                          State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Debbie Outlaw Properties, LLC**     CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **02/05/2025**     Signature **/s/ Debbie J. Outlaw**

Debbie J. Outlaw, Sole Managing Member

400 E 30th Street HOA
c/o Property Management of Texas
704 W. 24th Street
Austin, TX 78705

400 E 30th Street HOA.
c/o Property Management of Texas
704 W. 24th Street
Austin, TX 78705

A+ Federal Credit Union
Attention: Bankruptcy
PO Box 14867
Austin, TX 78761

Alfredo Topete Duenas
c/o Karalynn C. Cromeens
1345 Campbell Road Suite 200
Houston, TX 77055

Andrew Bassford
c/o Brian McGiverin
2028 E. Ben White Blvd. Ste 240 PMB 5960
Austin, TX 78741

Austin Development Service Department
6310 Wihelmina Delco Drive
Austin, TX 78752

Ava McPartlin
2604 Salado Street 102
Austin, TX 78705

Blake Molthan
c/o C. Kyle Pugh, P.C.
4015 Main Street Suite 100
Dallas, TX 75226

Campbell King
c/o C. Kyle Pugh, P.C.
4015 Main Street Suite 100
Dallas, TX 75226


Cater Joseph Homes, LLC
913 W 29th St
Austin, TX 78705


City of Austin
PO Box 2267
Austin, TX 78768-2267


Commercial National Bank
PO Box 591
Brady, TX 76825-0591


Frost Bank
PO Box 34746
San Antonio, TX 78265


Scott Griffith
515 Congress Avenue Suite 1620
Austin, TX 78701


GT Lumber & Supply, LLC
9400 Brown Ln
Austin, TX 78754


James Hicks
515 Congress Avenue Suite 1620
Austin, TX 78701

Impact Fire Services, LLC
1 Chisholm Trail Road Suite 330
Round Rock, TX 78681

JJ's Fence and Gate Opener LLC
537 Tumlinson Fort Way
Lockhart, TX 78644

Joseph Companies
913 W 29th Street
Austin, TX 78705

Kai Stark
c/o C. Kyle Pugh P.C.
4015 Main Street Suite 100
Dallas, TX 75226

Law Office of Russell Frost, PLLC
c/o Russell Frost
711 W 7th St
Austin, TX 78701-2711

Luke Wexler
c/o C. Kyle Pugh P.C.
4015 Main Street Suite 1000
Dallas, TX 75226

MDG Construction, LLC
c/o James Hicks and Scott Griffith
515 Congress Avenue Suite 1620
Austin, TX 78701

Mike McHone
PO Box Box 301201
Austin, TX 78703

Patrick T. Mulry  
7160 Dallas Pkwy Suite 625  
Plano, TX 75024

Prosperity Bank  
PO Box 4  
El Campo, TX 77437

Quality Flooring LLC  
1306 Dominique Drive  
Austin, TX 78753

Sunbelt Rentals, Inc.  
1275 West Mound Street  
Columbus, OH 43223

Sunwest Industries, Inc.  
PO Box 80910  
Midland, TX 79708

Taylor Dahlgren  
814 Reinicke Street  
Houston, TX 77007

Travis County Tax office  
PO Box 149328  
Austin, TX 78714-9328

Western Pacific Materials, Inc.  
7607 Bluff Point Drive  
Houston, TX 77088

Yen Thi Do and Viraj
Mahendra Joshi
2500 Longview Street 301
Austin, TX 78705