**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-10167-smr |
| DEBBIE OUTLAW | § | |
| PROPERTIES, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

**LIST OF 20 LARGEST UNSECURED CREDITORS**

                                                                                                Respectfully submitted,
                                                                                                 */ s / Frank B. Lyon*
                                                                                                Frank B. Lyon, Texas SBN 12739800
                                                                                                *Physical Address*:
                                                                                                3800 North Lamar Boulevard, Suite 200
                                                                                                Austin, Texas 78756
                                                                                                *Mailing Address:*
                                                                                                Post Office Box 50210
                                                                                                Austin, Texas 78763
                                                                                                frank@franklyon.com

                                                                                                Proposed attorney for Debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Debbie Outlaw Properties, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-10167** |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commercial National Bank<br>PO Box 591<br>Brady, TX 76825-0591 | | 1st lien mortgage 3000 Duval & 1011 Blanco | | $7,152,979.69 | $1,316,007.00 | $5,836,972.69 |
| 2 | A+ Federal Credit Union<br>Attention: Bankruptcy<br>PO Box 14867<br>Austin, TX 78761 | | 1st lien mortgage 607 & 609 Elmwood | | $4,860,897.74 | $2,151,669.00 | $2,754,855.75 |
| 3 | MDG Construction, LLC<br>c/o James Hicks and Scott Griffith<br>515 Congress Avenue Suite 1620<br>Austin, TX 78701 | | Arbitration Award | | | | $1,061,680.30 |
| 4 | Impact Fire Services, LLC<br>1 Chisholm Trail Road Suite 330<br>Round Rock, TX 78681 | | Lawsuit | Disputed | | | $250,000.00 |
| 5 | Western Pacific Materials, Inc.<br>7607 Bluff Point Drive<br>Houston, TX 77088 | | Mechanic's Lien Affidavit | | | | $53,059.20 |
| 6 | GT Lumber & Supply, LLC<br>9400 Brown Ln<br>Austin, TX 78754 | | Materials 3000 Duval | | | | $32,397.25 |
| 7 | Quality Flooring LLC<br>1306 Dominique Drive<br>Austin, TX 78753 | | Labor for 3000 Duval | | | | $18,600.00 |
| 8 | Yen Thi Do and Viraj Mahendra Joshi<br>2500 Longview Street 301<br>Austin, TX 78705 | | Reimbursement for rent and security deposit | Disputed | | | $17,179.80 |

Debtor **Debbie Outlaw Properties, LLC**     Case number *(if known)* **25-10167**
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Sunbelt Rentals, Inc.<br>1275 West Mound Street<br>Columbus, OH 43223 | | Lien Affidavit | | | | $5,960.28 |
| 10 | Mike McHone<br>PO Box Box 301201<br>Austin, TX 78703 | | Consultant 3000 Duval | | | | $5,250.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2