**Fill in this information to identify the case:**

Debtor Name **Debbie Outlaw Properties, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known): **25-10167**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Prosperity Bank** | **Checking account** | **3 1 0 3** | $64,895.16 |
| 3.2. **A+ FCU** | **Checking account** | **5 - 0 1** | $1.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $64,896.16 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor    **Debbie Outlaw Properties, LLC**                                    Case number *(if known)* __25-10167__
       Name

---

7.2 _____                    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____                    _____

    8.2 _____                    _____

9.    **Total of Part 2**                                                      _____
    Add lines 7 through 8. Copy the total to line 81.                        |_____|

| Part 3: | Accounts receivable |
|---------|---------------------|

10.    **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                              **Current value of
                                            debtor's interest**

11.    **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =.....➜        _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ - _____ =.....➜          _____
                               face amount        doubtful or uncollectible accounts

12.    **Total of Part 3**                                                      _____
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      |_____|

| Part 4: | Investments |
|---------|-------------|

13.    **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                      **Valuation method used**  **Current value of**
                                      **for current value**      **debtor's interest**

14.    **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____          _____      _____

    14.2 _____          _____      _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of
                                      ownership:

    15.1._____    _____    _____      _____

    15.2._____    _____    _____      _____

---

Debtor  **Debbie Outlaw Properties, LLC**
　　　　Name

Case number *(if known)* **25-10167**

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____  _____  _____

    16.2 _____  _____  _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* **25-10167** |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor  **Debbie Outlaw Properties, LLC**

Name

Case number *(if known)* **25-10167**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* **25-10167** |
|--------|-----------------------------------|----------------------------------------|
|        | Name                              |                                        |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____     _____  _____  _____

48.2 _____     _____  _____  _____

49. **Aircraft and accessories**

49.1 _____     _____  _____  _____

49.2 _____     _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____     _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |
|-------------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **3000 Duval Street - 20 Unit Apartment Complex** / **3000 Duval Street Austin, TX 78705-3823** | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$1,316,007.00** |
| 55.2 **607 Elmwood - Triplex** / **607 Elmwood Place Austin, TX 78705** | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$1,073,048.00** |
| 55.3 **609 Elmwood - Triplex** / **609 Elmwood Place Austin, TX 78705** | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$1,078,621.00** |

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number *(if known)* __25-10167__ |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.4 | **2606 Salado - 5 Unit Apartment Complex** / 2606 Salado St Austin, TX 78705-3956 | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$2,988,490.00** |
| 55.5 | **4522 Speedway - House** / 4522 Speedway Austin, TX 78751-3009 | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$586,575.00** |
| 55.6 | **400 E 30th - Unfinished out efficiency condo Unit 100** / 400 E. 30th Suite A (Unit 100) Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$190,398.00** |
| 55.7 | **3311 Red River #101 Condo** / 3311 Red River 101 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.8 | **3311 Red River #102 Condo** / 3311 Red River 102 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.9 | **3311 Red River #103 Condo** / 3311 Red River 103 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.10 | **3311 Red River #104 Condo** / 3311 Red River 104 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.11 | **3311 Red River #105 Condo** / 3311 Red River 105 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.12 | **3311 Red River #106 Condo** / 3311 Red River 106 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.13 | **3311 Red River #107 Condo** / 3311 Red River 107 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.14 | **3311 Red River # 108 Condo** / 3311 Red River 108 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal Distict** | **$168,693.00** |
| 55.15 | **3311 Red River #109 Condo** / 3311 Red River 109 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.16 | **3311 Red River #111 Condo** / 3311 Red River 111 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.17 | **3311 Red River #110 Condo** / 3311 Red River 110 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |
| 55.18 | **3311 Red River #201 Condo** / 3311 Red River 201 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | **$168,693.00** |

**Schedule A/B: Assets — Real and Personal Property**

Debtor  **Debbie Outlaw Properties, LLC**
Name

Case number *(if known)* **25-10167**

| | | | |
|---|---|---|---|
| 55.19 **3311 Red River #202 Condo** / 3311 Red River 202 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.20 **3311 Red River #203 Condo** / 3311 Red River 203 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal Distrit** | $168,693.00 |
| 55.21 **3311 Red River #204 Condo** / 3311 Red River 204 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.22 **3311 Red River #205 Condo** / 3311 Red River 205 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.23 **3311 Red River #206 Condo** / 3311 Red River 206 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.24 **3311 Red River #207 Condo** / 3311 Red River 207 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.25 **3311 Red River #208 Condo** / 3311 Red River 208 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.26 **3311 Red River #209 Condo** / 3311 Red River 209 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.27 **3311 Red River #210 Condo** / 3311 Red River 210 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.28 **3311 Red River #211 Condo** / 3311 Red River 211 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.29 **3311 Red River #301 Condo** / 3311 Red River 301 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.30 **3311 Red River #302 Condo** / 3311 Red River 302 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.31 **3311 Red River #303 Condo** / 3311 Red River 303 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.32 **3311 Red River #304 Condo** / 3311 Red River 304 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |
| 55.33 **3311 Red River #305 Condo** / 3311 Red River 305 Austin, TX | **Fee Simple** | **unknown** | **Travis County Appraisal District** | $168,693.00 |

Debtor **Debbie Outlaw Properties, LLC**
Name

Case number *(if known)* **25-10167**

| | | | |
|---|---|---|---|
| 55.34 **3311 Red River #306 Condo** / 3311 Red River 306 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,639.00 |
| 55.35 **3311 Red River #307 Condo** / 3311 Red River 307 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,693.00 |
| 55.36 **3311 Red River #308 Condo** / 3311 Red River 308 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,693.00 |
| 55.37 **3311 Red River #309 Condo** / 3311 Red River 309 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,693.00 |
| 55.38 **3311 Red River #310 Condo** / 3311 Red River 310 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,693.00 |
| 55.39 **3311 Red River #311 Condo** / 3311 Red River 311 Austin, TX | Fee Simple | unknown | **Travis County Appraisal District** $168,693.00 |
| 55.40 **2609 San Pedro Street - Vacant Lot** / 2609 San Pedro Street Austin, TX 78705 | Fee Simple | unknown | **Travis County Appraisal District** $540,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$13,339,954.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor    **Debbie Outlaw Properties, LLC**          Case number *(if known)* **25-10167**
_____          _____
Name

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:      All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  =➡  _____
Total face amount         doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

**Lloyds of London - 400 E. 30th Street #100**                                   **$1.00**

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* **25-10167** |
|---|---|---|
| | Name | |

| | |
|---|---|
| **Lloyds of London - 4522 Speedway** | $1.00 |
| **Lloyds of London - 607 Elmwood Place** | $1.00 |
| **Lloyds of London - 609 Elmwood Place** | $1.00 |
| **Underwriters at Lloyd of London - 2606 Salado Property Insurance** | $1.00 |
| **Great Lakes Insurance SE - Property Insurance on Red River** | $1.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Nature of claim**

   **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.

   | $6.00 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* **25-10167** |
|---|---|---|
| | Name | |

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $64,896.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................................... | | $13,339,954.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $64,902.16 | + 91b. $13,339,954.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $13,404,856.16 |

Fill in this information to identify the case:

Debtor name __**Debbie Outlaw Properties, LLC**__

United States Bankruptcy Court for the: __**Western**__  District of __**Texas**__
(State)

Case number (if known): __**25-10167**__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- |

**2.1** **Creditor's name**

__400 E 30th Street HOA__

**Creditor's mailing address**

__c/o Property Management of Texas__

__704 W. 24th Street__

__Austin, TX 78705__

**Creditor's email address, if known**

_____

**Date debt was incurred** __07/22/2024__

**Last 4 digits of account number** __ __ __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) Travis County Tax office; 2) 400 E 30th Street HOA.; **3) 400 E 30th Street HOA**; 4) Taylor Dahlgren; 5) Andrew Bassford; 6) Alfredo Topete Duenas

**Describe debtor's property that is subject to a lien**

400 E 30th - Unfinished out efficiency condo Unit 100

**Describe the lien**

HOA lien 400 E 30th

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
| --- | --- |
| **$9,639.37** | **$190,398.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | **$19,538,950.25** |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**400 E 30th Street HOA.**

**Describe debtor's property that is subject to a lien**

400 E 30th - Unfinished out efficiency condo Unit 100

**Amount of claim:** **$2,792.24**

**Value of collateral:** **$190,398.00**

**Creditor's mailing address**

**c/o Property Management of Texas**

**704 W. 24th Street**

**Austin, TX 78705**

**Describe the lien**

**HOA lien 400 E 30th**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** **01/30/2023**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) | 25-10167 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

A+ Federal Credit Union

**Creditor's mailing address**

Attention: Bankruptcy

PO Box 14867

Austin, TX 78761

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  0 9 6 5

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For 607 Elmwood - Triplex: 1) Travis County Tax office; **2) A+ Federal Credit Union**; 3) Taylor Dahlgren; 4) Andrew Bassford; 5) Alfredo Topete Duenas; For 609 Elmwood - Triplex: 1) Travis County Tax office; **2) A+ Federal Credit Union**; 3) Taylor Dahlgren; 4) Andrew Bassford; 5) Alfredo Topete Duenas

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

607 Elmwood - Triplex, 609 Elmwood - Triplex, 2609 San Pedro Street - Vacant Lot

**Describe the lien**

1st lien mortgage 607 & 609 Elmwood

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $4,860,897.74 | $2,691,669.00 |

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) | 25-10167 |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**  **Creditor's name**

**Alfredo Topete Duenas**

**Creditor's mailing address**

**c/o Karalynn C. Cromeens**

**1345 Campbell Road Suite 200**

**Houston, TX 77055**

**Creditor's email address, if known**

Date debt was incurred   **11/26/2024**

Last 4 digits of account number   ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3311 Red River #103 Condo, 3311 Red River #104 Condo, 3311 Red River #105 Condo, 3311 Red River #106 Condo, 3311 Red River #107 Condo, 3311 Red River # 108 Condo, 3311 Red River #109 Condo, 3311 Red River #110 Condo, 3311 Red River #111 Condo, 3311 Red River #201 Condo, 3311 Red River #202 Condo, 3311 Red River #203 Condo, 3311 Red River #204 Condo, 3311 Red River #205 Condo, 3311 Red River #206 Condo, 3311 Red River #207 Condo, 3311 Red River #208 Condo, 3311 Red River #209 Condo, 3311 Red River #210 Condo, 3311 Red River #211 Condo, 3311 Red River #301 Condo, 3311 Red River #302 Condo, 3311 Red River #303 Condo, 3311 Red River #304 Condo, 3311 Red River #305 Condo, 3311 Red River #306 Condo, 3311 Red River #307 Condo, 3311 Red River #308 Condo, 3311 Red River #309 Condo, 3311 Red River #310 Condo, 3311 Red River #311 Condo, 400 E 30th - Unfinished out efficiency condo Unit 100, 2606 Salado - 5 Unit Apartment Complex, 3000 Duval Street - 20 Unit Apartment Complex, 3311 Red River #101 Condo, 3311 Red River #102 Condo, 4522 Speedway - House, 607 Elmwood - Triplex, 609 Elmwood - Triplex

**Describe the lien**

Abstract of Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $57,251.62 | $12,799,954.00 |
|---|---|

Debtor **Debbie Outlaw Properties, LLC**     Case number (if known) **25-10167**

    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**

Andrew Bassford

**Creditor's mailing address**

c/o Brian McGiverin

2028 E. Ben White Blvd. Ste 240
PMB 5960

Austin, TX 78741

**Creditor's email address, if known**

_____

**Date debt was incurred**   11/09/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines
2.1, 2.3, 2.4

**Describe debtor's property that is subject to a lien**

400 E 30th - Unfinished out efficiency condo Unit 100, 3311 Red River #103 Condo, 3311 Red River #104 Condo, 3311 Red River #105 Condo, 3311 Red River #106 Condo, 3311 Red River #107 Condo, 3311 Red River # 108 Condo, 3311 Red River #109 Condo, 3311 Red River #110 Condo, 3311 Red River #111 Condo, 3311 Red River #201 Condo, 3311 Red River #202 Condo, 3311 Red River #203 Condo, 3311 Red River #204 Condo, 3311 Red River #205 Condo, 3311 Red River #206 Condo, 3311 Red River #207 Condo, 3311 Red River #208 Condo, 3311 Red River #209 Condo, 3311 Red River #210 Condo, 3311 Red River #211 Condo, 3311 Red River #301 Condo, 3311 Red River #302 Condo, 3311 Red River #303 Condo, 3311 Red River #304 Condo, 3311 Red River #305 Condo, 3311 Red River #306 Condo, 3311 Red River #307 Condo, 3311 Red River #308 Condo, 3311 Red River #309 Condo, 3311 Red River #310 Condo, 3311 Red River #311 Condo, 2606 Salado - 5 Unit Apartment Complex, 3311 Red River #101 Condo, 3311 Red River #102 Condo, 4522 Speedway - House, 609 Elmwood - Triplex, 3000 Duval Street - 20 Unit Apartment Complex, 607 Elmwood - Triplex

**Describe the lien**

Abstract of Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$4,290.00**     **$12,799,954.00**

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**Commercial National Bank**

**Creditor's mailing address**

**PO Box 591**

**Brady, TX 76825-0591**

**Creditor's email address, if known**

Date debt was incurred     **05-19-2022**

Last 4 digits of account number     **0  0  1  0**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  **2.4**

**Describe debtor's property that is subject to a lien**

3000 Duval Street - 20 Unit Apartment Complex

**Describe the lien**

1st lien mortgage 3000 Duval

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$7,152,979.69**

**$1,316,007.00**

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) | 25-10167 |
|---|---|---|---|
| | Name | | |

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7**

**Creditor's name**

Frost Bank

**Creditor's mailing address**

PO Box 34746

San Antonio, TX 78265

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  9  0  0  2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

3311 Red River #104 Condo, 3311 Red River #103 Condo, 3311 Red River #105 Condo, 3311 Red River #106 Condo, 3311 Red River #107 Condo, 3311 Red River # 108 Condo, 3311 Red River #109 Condo, 3311 Red River #111 Condo, 3311 Red River #110 Condo, 3311 Red River #201 Condo, 3311 Red River #202 Condo, 3311 Red River #203 Condo, 3311 Red River #204 Condo, 3311 Red River #205 Condo, 3311 Red River #206 Condo, 3311 Red River #207 Condo, 3311 Red River #208 Condo, 3311 Red River #209 Condo, 3311 Red River #210 Condo, 3311 Red River #211 Condo, 3311 Red River #301 Condo, 3311 Red River #302 Condo, 3311 Red River #303 Condo, 3311 Red River #304 Condo, 3311 Red River #305 Condo, 3311 Red River #306 Condo, 3311 Red River #307 Condo, 3311 Red River #308 Condo, 3311 Red River #309 Condo, 3311 Red River #310 Condo, 3311 Red River #311 Condo, 3311 Red River #101 Condo, 3311 Red River #102 Condo

$3,434,415.52     $5,566,815.00

**Describe the lien**

1st lien mortgage 3311 Red River

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Debbie Outlaw Properties, LLC** _____   Case number (if known) __25-10167__
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8**   **Creditor's name**

**Prosperity Bank**

**Creditor's mailing address**

**PO Box 4**

**El Campo, TX 77437**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

2606 Salado - 5 Unit Apartment Complex

**Describe the lien**

1st lien - mortgage 2606 Salado

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,558,695.87      $2,988,490.00

Debtor  **Debbie Outlaw Properties, LLC** _____  Case number (if known) **25-10167** _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Sun West Industries, Inc.**

**Creditor's mailing address**

**3002 W. Front Street**

**Midland, TX 79701**

**Creditor's email address, if known**

_____

**Date debt was incurred** **12/16/2022**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River # 108 Condo, 3311 Red River #101 Condo, 3311 Red River #102 Condo, 3311 Red River #103 Condo, 3311 Red River #104 Condo, 3311 Red River #105 Condo, 3311 Red River #106 Condo, 3311 Red River #107 Condo, 3311 Red River #109 Condo, 3311 Red River #110 Condo, 3311 Red River #111 Condo, 3311 Red River #201 Condo, 3311 Red River #202 Condo, 3311 Red River #203 Condo, 3311 Red River #204 Condo, 3311 Red River #304 Condo, 3311 Red River #305 Condo, 3311 Red River #306 Condo, 3311 Red River #307 Condo, 3311 Red River #308 Condo, 3311 Red River #309 Condo, 3311 Red River #310 Condo, 3311 Red River #311 Condo

**Describe the lien**

**2nd Lien on Red River Property**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$1,550,000.00**

**$3,879,885.00**

Debtor  **Debbie Outlaw Properties, LLC**                                    Case number (if known) **25-10167**
Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Sunwest Industries, Inc.**

**Creditor's mailing address**

**PO Box 80910**

**Midland, TX 79708**

**Creditor's email address, if known**

_____

**Date debt was incurred**  **10/30/2018**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

    ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

4522 Speedway - House

**Describe the lien**

1st lien mortgage 4522 Speedway

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$525,000.00

$586,575.00

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**Taylor Dahlgren**

**Creditor's mailing address**

**814 Reinicke Street**

**Houston, TX 77007**

**Creditor's email address, if known**

**Date debt was incurred**     **01/28/2020**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #103 Condo, 3311 Red River #104 Condo, 3311 Red River #105 Condo, 3311 Red River #106 Condo, 3311 Red River #107 Condo, 3311 Red River # 108 Condo, 3311 Red River #109 Condo, 3311 Red River #110 Condo, 3311 Red River #111 Condo, 3311 Red River #201 Condo, 3311 Red River #202 Condo, 3311 Red River #203 Condo, 3311 Red River #204 Condo, 3311 Red River #205 Condo, 3311 Red River #206 Condo, 3311 Red River #207 Condo, 3311 Red River #208 Condo, 3311 Red River #209 Condo, 3311 Red River #210 Condo, 3311 Red River #211 Condo, 3311 Red River #301 Condo, 3311 Red River #302 Condo, 3311 Red River #303 Condo, 3311 Red River #304 Condo, 3311 Red River #305 Condo, 3311 Red River #306 Condo, 3311 Red River #307 Condo, 3311 Red River #308 Condo, 3311 Red River #309 Condo, 3311 Red River #310 Condo, 3311 Red River #311 Condo, 400 E 30th - Unfinished out efficiency condo Unit 100, 2606 Salado - 5 Unit Apartment Complex, 3000 Duval Street - 20 Unit Apartment Complex, 3311 Red River #101 Condo, 3311 Red River #102 Condo, 4522 Speedway - House, 607 Elmwood - Triplex, 609 Elmwood - Triplex

**Describe the lien**

**Abstract of Judgment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$3,685.00** | **$12,799,954.00** |

Debtor    **Debbie Outlaw Properties, LLC**

Name

Case number (if known) __25-10167__

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

2606 Salado - 5 Unit Apartment Complex

**Describe the lien**

2606 Salado Street

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$129,310.16      $2,988,490.00

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3000 Duval Street - 20 Unit Apartment Complex

**Describe the lien**

**3000 Duval Street**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $69,842.08 | $1,316,007.00 |

Debtor  **Debbie Outlaw Properties, LLC**

Name

Case number (if known) __25-10167__

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.14** Creditor's name

**Travis County Tax office**

Creditor's mailing address

**PO Box 149328**

**Austin, TX 78714-9328**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

Describe debtor's property that is subject to a lien

400 E 30th - Unfinished out efficiency condo Unit 100

**$4,037.46**

**$190,398.00**

Describe the lien

**400 E 30th Street - A**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

Travis County Tax office

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714-9328

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #101 Condo      **$3,577.21**      **$168,693.00**

**Describe the lien**

3311 Red River St 101

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.16** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #102 Condo

**Describe the lien**

 311 Red River St 102

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $3,577.21

Column B: $168,693.00

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #103 Condo

**$3,577.21**      **$168,693.00**

**Describe the lien**

**3311 Red River St 103**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #104 Condo

**Describe the lien**

**3311 Red River St 104**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$3,577.21**

Column B: **$168,693.00**

Debtor  **Debbie Outlaw Properties, LLC**

Name

Case number (if known)  **25-10167**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #105 Condo

**Describe the lien**

**3311 Red River St 105**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$3,577.21** | **$168,693.00** |

Debtor  **Debbie Outlaw Properties, LLC**                              Case number (if known) __25-10167__
_____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.20** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account**    __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #106 Condo                              $3,577.21          $168,693.00

**Describe the lien**

**3311 Red River St 106**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.21 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #107 Condo

**Describe the lien**

**3311 Red River St 107**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$3,577.21**      **$168,693.00**

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) 25-10167 |
| --- | --- | --- |
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.22** **Creditor's name**

Travis County Tax office

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714-9328

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River # 108 Condo

**Describe the lien**

3311 Red River St 108

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$3,577.21**

Column B: **$168,693.00**

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number (if known) **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.23** **Creditor's name**

**Travis County Tax office**

**Describe debtor's property that is subject to a lien**

3311 Red River #109 Condo

$3,577.21    $168,693.00

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714-9328

**Describe the lien**

3311 Red River St 109

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.24** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #110 Condo        **$3,577.21**      **$168,693.00**

**Describe the lien**

**3311 Red River St 110**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.25** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #111 Condo     **$3,577.21**     **$168,693.00**

**Describe the lien**

**3311 Red River St 111**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.26 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #201 Condo

Amount of claim: **$3,577.21**

Value of collateral: **$168,693.00**

**Describe the lien**

**3311 Red River St 201**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number (if known) **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.27 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #202 Condo

**Describe the lien**

**3311 Red River St 202**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $3,577.21 | $168,693.00 |

Debtor **Debbie Outlaw Properties, LLC**
_____
Name

Case number (if known) **25-10167**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.28 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #203 Condo

**$3,577.21**  |  **$168,693.00**

**Describe the lien**

**3311 Red River St 203**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Debbie Outlaw Properties, LLC**                           Case number (if known) __25-10167__
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

| 2.29 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.29** Creditor's name
**Travis County Tax office**

**Describe debtor's property that is subject to a lien**
3311 Red River #204 Condo                           **$3,577.21**    **$168,693.00**

**Creditor's mailing address**
PO Box 149328

**Describe the lien**
3311 Red River St 204

Austin, TX 78714-9328

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.4__

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.30 Creditor's name**

Travis County Tax office

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714-9328

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #205 Condo

**$3,577.21**    **$168,693.00**

**Describe the lien**

3311 Red River St 205

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.31** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #206 Condo

**Describe the lien**

**3311 Red River St 206**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** $3,577.21

**Column B:** $168,693.00

---

Debtor  **Debbie Outlaw Properties, LLC**                          Case number (if known) __25-10167__

_____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.32** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #207 Condo

**Describe the lien**

**3311 Red River St 207**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,577.21

$168,693.00

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) | 25-10167 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim**
Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33** Creditor's name

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #208 Condo

**Describe the lien**

**3311 Red River 208**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Column A:** $3,577.21

**Column B:** $168,693.00

---

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) 25-10167 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.34** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #209 Condo     **$3,577.21**     **$168,693.00**

**Describe the lien**

**3311 Red River St 209**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.35** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #210 Condo      **$3,577.21**      **$168,693.00**

**Describe the lien**

**3311 Red River St 210**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Debbie Outlaw Properties, LLC**
Name

Case number (if known) __25-10167__

| **Part 1:** | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.36** Creditor's name

**Travis County Tax office**

Creditor's mailing address

**PO Box 149328**

**Austin, TX 78714-9328**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

Describe debtor's property that is subject to a lien

3311 Red River #211 Condo                         **$3,577.21**        **$168,693.00**

Describe the lien

**3311 Red River St 211**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

| | | | | *Column A* | *Column B* |
|---|---|---|---|---|---|
| | | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.37** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #301 Condo

**Describe the lien**

**3311 Red River St 301**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$3,577.21**      **$168,693.00**

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number (if known) **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.38 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #302 Condo

**Describe the lien**

**3311 Red River St 302**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$3,577.21**

Column B: **$168,693.00**

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.39** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #303 Condo

**Describe the lien**

**3311 Red River St 303**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $3,577.21 | $168,693.00 |
|---|---|

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.40** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #304 Condo

**Describe the lien**

3311 Red River St 304

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $3,577.21 | $168,693.00 |
|---|---|

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.41 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #305 Condo       **$3,577.21**       **$168,693.00**

**Describe the lien**

**3311 Red River St 305**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

---

Debtor __Debbie Outlaw Properties, LLC__                 Case number (if known) __25-10167__
     Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.42** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.4__

**Describe debtor's property that is subject to a lien**

3311 Red River #306 Condo            **$3,577.21**     **$168,639.00**

**Describe the lien**

**3311 Red River St 306**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.43 Creditor's name**

Travis County Tax office

**Creditor's mailing address**

PO Box 149328

Austin, TX 78714-9328

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #307 Condo

**$3,577.21**

**$168,693.00**

**Describe the lien**

3311 Red River St 307

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.44** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #308 Condo

**Describe the lien**

**3311 Red River St 308**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$3,577.21**

Value of collateral: **$168,693.00**

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.45 Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #309 Condo

**Describe the lien**

**3311 Red River St 309**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$3,577.21**

**$168,693.00**

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) __25-10167__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **2.46** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.46** **Creditor's name**

**Travis County Tax office**

**Describe debtor's property that is subject to a lien**

3311 Red River #310 Condo                              **$3,577.21**          **$168,693.00**

**Creditor's mailing address**

**PO Box 149328**

**Describe the lien**

**3311 Red River St 310**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.4__

Debtor  **Debbie Outlaw Properties, LLC**

Name

Case number (if known)  **25-10167**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.47** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.4**

**Describe debtor's property that is subject to a lien**

3311 Red River #311 Condo       **$3,577.21**      **$168,693.00**

**Describe the lien**

**3311 Red River St 311**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.48** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

4522 Speedway - House            **$12,438.56**         **$586,575.00**

**Describe the lien**

**4522 Speedway**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  **Debbie Outlaw Properties, LLC**

Name

Case number (if known) **25-10167**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.49** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

607 Elmwood - Triplex

**Describe the lien**

**607 Elmwood Pl**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$22,754.42** | **$1,073,048.00**

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number (if known) | **25-10167** |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.50** **Creditor's name**

**Travis County Tax office**

**Creditor's mailing address**

**PO Box 149328**

**Austin, TX 78714-9328**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

609 Elmwood - Triplex

**Describe the lien**

**609 Elmwood Pl**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$22,872.59**      **$1,078,621.00**

Debtor  **Debbie Outlaw Properties, LLC**
Name

Case number (if known) **25-10167**

| Part 1: | Additional Page |
| --- | --- |

Debtor **Debbie Outlaw Properties, LLC**

Name

Case number (if known) **25-10167**

| Part 1: | Additional Page |
| --- | --- |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) | **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 1:  Additional Page

**2.4** Creditor's name

**Alfredo Topete Duenas**

Specify each creditor, including this creditor, and its relative priority.

For 3311 Red River #103 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #104 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #105 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #106 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #107 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River # 108 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #109 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #110 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #111 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #201 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #202 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #203 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #204 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #205 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #206 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #207 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #208 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #209 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #210 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #211 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #301 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #302 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #303 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #304 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #305 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #306 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #307 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #308 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #309 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #310 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #311 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 400 E 30th - Unfinished out efficiency condo Unit 100: 1) Travis County Tax office; 2) 400 E 30th Street HOA.; 3) 400 E 30th Street HOA; 4) Andrew Bassford; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 2606 Salado - 5 Unit Apartment Complex: 1) Travis County Tax office; 2) Prosperity Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3000 Duval Street - 20 Unit Apartment Complex: 1) Travis County Tax office; 2) Commercial National Bank; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 3311 Red River #101 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 3311 Red River #102 Condo: 1) Travis County Tax office; 2) Frost Bank; 3) Sun West Industries, Inc.; 4) Taylor Dahlgren; 5) Andrew Bassford; **6) Alfredo Topete Duenas**; For 4522 Speedway - House: 1) Travis County Tax office; 2) Sunwest Industries, Inc.; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 607 Elmwood - Triplex: 1) Travis County Tax office; 2) A+ Federal Credit Union; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**; For 609 Elmwood - Triplex: 1) Travis County Tax office; 2) A+ Federal Credit Union; 3) Taylor Dahlgren; 4) Andrew Bassford; **5) Alfredo Topete Duenas**

Fill in this information to identify the case:

Debtor name **Debbie Outlaw Properties, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): **25-10167**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred<br><br>_____ | Basis for the claim:<br><br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | _____ | _____ |
| Date or dates debt was incurred<br><br>_____ | Basis for the claim:<br><br>_____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$148.24

**3.2** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/16/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$62.54

**3.3** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/16/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$62.54

**3.4** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/17/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$1,098.66

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number *(if known)* | **25-10167** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.5**

Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred   **10/22/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$602.00

---

**3.6**

Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred   **10/23/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$62.54

---

**3.7**

Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred   **10/23/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

$250.16

---

**3.8**

Nonpriority creditor's name and mailing address

**Blake Molthan**

**c/o C. Kyle Pugh, P.C.**

**4015 Main Street Suite 100**

**Dallas, TX 75226**

Date or dates debt was incurred   **11/19/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit/Settlement Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$3,437.50

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
</table>

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,437.50 |
|---|---|---|---|

**Campbell King**

**c/o C. Kyle Pugh, P.C.**

**4015 Main Street Suite 100**

**Dallas, TX 75226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **11/19/2024**

Last 4 digits of account number    __ __ __ __

**Lawsuit/Settlement**
Basis for the claim:  **Agreement**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Cater Joseph Homes, LLC**

**913 W 29th St**

**Austin, TX 78705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

**General contractor**
Basis for the claim:  **3000 Duval**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $202.99 |
|---|---|---|---|

**City of Austin**

**PO Box 2267**

**Austin, TX 78768-2267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    **3  6  6  6**

Basis for the claim:  **Utilities 3000 Duval**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,514.00 |
|---|---|---|---|

**Fritz Byrne**

**402 West 7th Street**

**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim:  **Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $32,397.25
| | | *Check all that apply.* |
| | **GT Lumber & Supply, LLC** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **9400 Brown Ln** | ☐ Disputed |
| | **Austin, TX 78754** | |
| | | **Basis for the claim:  Materials 3000 Duval** |
| | Date or dates debt was incurred    **1/13/2025** | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ☐ Yes |

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,000.00
| | | *Check all that apply.* |
| | **Impact Fire Services, LLC** | ☐ Contingent |
| | | ☑ Unliquidated |
| | **1 Chisholm Trail Road Suite 330** | ☑ Disputed |
| | **Round Rock, TX 78681** | |
| | | **Basis for the claim:  Lawsuit** |
| | Date or dates debt was incurred    **12/04/2024** | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ☐ Yes |

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,700.00
| | | *Check all that apply.* |
| | **JJ's Fence and Gate Opener LLC** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **537 Tumlinson Fort Way** | ☐ Disputed |
| | **Lockhart, TX 78644** | |
| | | **Basis for the claim:  Keypad 3000 Duval** |
| | Date or dates debt was incurred    **10/31/2024** | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ☐ Yes |

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $538.23
| | | *Check all that apply.* |
| | **Joseph Companies** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **913 W 29th Street** | ☐ Disputed |
| | **Austin, TX 78705** | |
| | | **Basis for the claim:  3000 Duval Materials** |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ☐ Yes |

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,437.50

**Kai Stark**

**c/o C. Kyle Pugh P.C.**

**4015 Main Street Suite 100**

**Dallas, TX 75226**

Date or dates debt was incurred  **11/19/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lawsuit/Settlement**
Basis for the claim:  **Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,437.50

**Luke Wexler**

**c/o C. Kyle Pugh P.C.**

**4015 Main Street Suite 1000**

**Dallas, TX 75226**

Date or dates debt was incurred  **11/19/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lawsuit/Settlement**
Basis for the claim:  **Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,061,680.30

**MDG Construction, LLC**

**c/o James Hicks and Scott Griffith**

**515 Congress Avenue Suite 1620**

**Austin, TX 78701**

Date or dates debt was incurred  **02/17/2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Arbitration Award**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,250.00

**Mike McHone**

**PO Box Box 301201**

**Austin, TX 78703**

Date or dates debt was incurred  **Oct 2023-Aug 2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consultant 3000 Duval**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

Quality Flooring LLC

1306 Dominique Drive

Austin, TX 78753

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$18,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Labor for 3000 Duval

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Sunbelt Rentals, Inc.

1275 West Mound Street

Columbus, OH 43223

Date or dates debt was incurred  09/26/2023

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$5,960.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Lien Affidavit

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Western Pacific Materials, Inc.

7607 Bluff Point Drive

Houston, TX 77088

Date or dates debt was incurred  07/11/2024

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$53,059.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Mechanic's Lien Affidavit

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Yen Thi Do and Viraj Mahendra Joshi

2500 Longview Street 301

Austin, TX 78705

Date or dates debt was incurred  10/28/2024

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$17,179.80**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Reimbursement for rent and security deposit

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Griffith, Scott** <br> **515 Congress Avenue Suite 1620** <br> **Austin, TX 78701** | Line **3.19** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Hicks, James** <br> **515 Congress Avenue Suite 1620** <br> **Austin, TX 78701** | Line **3.19** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Law Office of Russell Frost, PLLC** <br> **c/o Russell Frost** <br> **711 W 7th St** <br> **Austin, TX 78701-2711** | Line **3.14** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **Mulry, Patrick T.** <br> **7160 Dallas Pkwy Suite 625** <br> **Plano, TX 75024** | Line **3.19** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,232,118.73 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $1,232,118.73 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Debbie Outlaw Properties, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-10167** Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease<br><br>Contract to be ASSUMED | Alexander Wheelock<br><br>3000 Duval Street Apt. 305<br><br>Austin, TX 78705 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Residential Condominium Contract (Resale)<br><br>Contract to be REJECTED | Ava McPartlin<br><br>2604 Salado Street 102<br><br>Austin, TX 78705 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease<br><br>Contract to be ASSUMED | Harsh Goel, Aditya Elledula, Sudhir Ganesh-Gopalakrishnan, Eshan Balachandar<br><br>2606 Salado St. #401<br><br>Austin, TX 78705 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Apartment Lease<br><br>Contract to be ASSUMED | Javier Ramirez II, Jacob Brooks, Cade Taylor, Chase Johnson<br><br>2606 Salado St. Apt 402<br><br>Austin, TX 78705 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Apartment Lease — Contract to be ASSUMED<br>State the term remaining: 3 months<br>List the contract number of any government contract: | Jidnyesh A. Jawanjal, Roshan Dhanasiri<br>3000 Duval Street Apt 205<br>Austin, TX 78705 |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: Apartment Lease — Contract to be ASSUMED<br>State the term remaining: 5 months<br>List the contract number of any government contract: | Marcus Grimes, Kash Holloway and Dain Aylor<br>2606 Salado St. Apt 403<br>Austin, TX 78705 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: Apartment Lease — Contract to be ASSUMED<br>State the term remaining: 5 months<br>List the contract number of any government contract: | Qiyu Li, Zun Cao<br>3000 Duval St. Apt. 306<br>Austin, TX 78705 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest: Apartment Lease — Contract to be ASSUMED<br>State the term remaining: 5 months<br>List the contract number of any government contract: | Sarah Eckenroth; Lensy Velasquez, Helena Bjeletich<br>2606 Salado Street Suite 301<br>Austin, TX 78705 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Debbie Outlaw Properties, LLC** |
| United States Bankruptcy Court for the: | **Western** District of **Texas** |
| | (State) |
| Case number (If known): | **25-10167** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Debbie Outlaw Properties, LLC** | **16105 Chateau Avenue** <br> Street <br><br> **Austin, TX 78734** <br> City  State  ZIP Code | **Frost Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Commercial National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Prosperity Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Malcolm Outlaw** | **16105 Chateau Avenue** <br> Street <br><br> **Austin, TX 78734** <br> City  State  ZIP Code | **Frost Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Commercial National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Prosperity Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City  State  ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number (if known) **25-10167** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | City          State          ZIP Code | | ☐ G |
| 2.5 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | City          State          ZIP Code | | ☐ G |
| 2.6 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | City          State          ZIP Code | | ☐ G |

**Fill in this information to identify the case:**

Debtor name **Debbie Outlaw Properties, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): **25-10167**      Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................

   **$13,339,954.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................

   **$64,902.16**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................

   **$13,404,856.16**

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$19,538,950.25**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   **+   $1,232,118.73**

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b

   **$20,771,068.98**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Debbie Outlaw Properties, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | **25-10167** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$100,400.00** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$582,000.00** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>**Sale of Unit 200, 400 E 30th Street**<br>☑ Other **Condominiums** | **$1,151,534.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor 25-10167-smr Doc#16 Filed 02/26/25 Entered 02/26/25 14:18:24 Main Document Pg 84 of
102
Debbie Outlaw Properties, LLC                                    Case number *(if known)*    25-10167
        Name

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **C. Kyle Pugh P.C.**<br>Creditor's name<br>**4015 Mil Street Suite 100**<br>Street<br>**for the benefit of Blake Molthan, Campbell King, Kai Start and Luke Wexler**<br>**Dallas, TX 75226**<br>City · State · ZIP Code | **12/01/2024**<br>**12/31/2024**<br>_____ | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Settlement of Lawsuit** |
| 3.2. **A+ Federal Credit Union**<br>Creditor's name<br>**PO Box 14867**<br>Street<br>**Attention: Bankruptcy**<br>**Austin, TX 78761**<br>City · State · ZIP Code | **11/2024**<br>**12/2024**<br>**01/2025** | **$16,943.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **A+ line of credit** |
| 3.3. **A+ Federal Credit Union**<br>Creditor's name<br>**PO Box 14867**<br>Street<br>**Austin, TX 78761-4867**<br>City · State · ZIP Code | **11/2024**<br>**12/2024**<br>**01/2025** | **$24,686.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **A+ Elmwood** |
| 3.4. **A+ Federal Credit Union**<br>Creditor's name<br>**PO Box 14867**<br>Street<br>**Austin, TX 78761-4867**<br>City · State · ZIP Code | **11/20/2024**<br>**12/20/2024**<br>**01/17/2025** | **$32,705.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ **A+ Federal Credit Union San**<br>Other **Pedro** |
| 3.5. **Prosperity Bank**<br>Creditor's name<br>**1415 Ranch Road 620 South**<br>Street<br>**Austin, TX 78734**<br>City · State · ZIP Code | **12/26/2024**<br>**01/29/2025** | **$25,068.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Prosperity - Salado Loan** |

25-10167-smr  Doc#16  Filed 02/26/25  Entered 02/26/25 14:18:24  Main Document  Pg 85 of 102

| 3.6. | **Commercial National Bank** | **11/20/2024** | **$33,092.50** | ☐ Secured debt |
|------|------------------------------|----------------|-----------------|----------------|
|      | Creditor's name |  |  | ☐ Unsecured loan repayments |
|      | **PO Box 591** |  |  | ☐ Suppliers or vendors |
|      | Street |  |  | ☐ Services |
|      |  |  |  | ☑ Other **Commercial National Bank** |
|      | **Brady, TX 76825-0591** |  |  |  |
|      | City              State    ZIP Code |  |  |  |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|----------------------------|-------|-----------------------|----------------------------------|
| 4.1.  **A+ Federal Credit Union**<br>Creditor's name<br>**PO Box 14867**<br>Street<br><br>**Austin, TX 78761-4867**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Debtor** | **01/2024**<br>**02/2024**<br>**03/2024**<br>**04/2024**<br>**05/2024**<br>**06/2024**<br>**07/2024**<br>**08/2024**<br>**09/2024**<br>**10/2024**<br>**11/2024**<br>**12/2024**<br>**01/2025** | **$73,423.35** | **A+ Federal Credit Union Line of Credit** |
| 4.2.  **A+ Federal Credit Union**<br>Creditor's name<br>**PO Box 14867**<br>Street<br><br>**Austin, TX 78761-4867**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Debtor** | **01/2024**<br>**02/2024**<br>**03/2024**<br>**04/2024**<br>**05/2024**<br>**06/2024**<br>**07/2024**<br>**08/2024** | **$124,310.29** | **A+ Federal Credit Union - Elmwood** |

|  |  |  |  |
|---|---|---|---|
|  | **09/2024** |  |  |
|  | **10/2024** |  |  |
|  | **11/2024** |  |  |
|  | **12/2024** |  |  |
|  | **01/2025** |  |  |
| 4.3. | **Prosperity Bank** | **01/09/2024** | **$162,948.24** | **Prosperity Bank - Salado Loan** |
|  | Creditor's name |  |  |  |
|  | **1415 Ranch Road 620 South** | **01/29/2024** |  |  |
|  | Street |  |  |  |
|  |  | **02/29/2024** |  |  |
|  | **Austin, TX 78734** | **03/28/2024** |  |  |
|  | City          State     ZIP Code |  |  |  |
|  | Relationship to debtor | **04/29/2024** |  |  |
|  | **Debtor** | **05/28/2024** |  |  |
|  |  | **06/28/2024** |  |  |
|  |  | **07/29/2024** |  |  |
|  |  | **08/29/2024** |  |  |
|  |  | **09/29/2024** |  |  |
|  |  | **10/29/2024** |  |  |
|  |  | **12/06/2024** |  |  |
|  |  | **01/2025** |  |  |
| 4.4. | **Commercial National Bank** | **01/23/2024** | **$294,032.97** | **Commercial National Bank** |
|  | Creditor's name |  |  |  |
|  | **PO Box 591** | **02/22/2024** |  |  |
|  | Street |  |  |  |
|  |  | **03/21/2024** |  |  |
|  | **Brady, TX 76825-0591** | **04/23/2024** |  |  |
|  | City          State     ZIP Code |  |  |  |
|  | Relationship to debtor | **05/26/2024** |  |  |
|  | **Debtor** | **06/24/2024** |  |  |
|  |  | **07/24/2024** |  |  |
|  |  | **08/20/2024** |  |  |
|  |  | **09/23/2024** |  |  |
|  |  | **10/24/2024** |  |  |
|  |  | **11/20/2024** |  |  |

| 4.5. | __Frost Bank__ | __02/08/2024__ | __$320,434.01__ | __Frost Bank__ |
|---|---|---|---|---|
| | Creditor's name | __03/13/2024__ | | |
| | __PO Box 34746__ | | | |
| | Street | __04/14/2024__ | | |
| | | | | |
| | __San Antonio, TX 78265__ | __05/10/2024__ | | |
| | City    State    ZIP Code | __06/07/2024__ | | |
| | Relationship to debtor | | | |
| | __Debtor__ | __07/10/2024__ | | |
| | | __08/12/2024__ | | |
| | | __09/19/2024__ | | |
| | | __10/10/2024__ | | |
| | | __11/13/2024__ | | |
| | | | | |
| 4.6. | __A+ Federal Credit Union__ | __02/20/2024__ | __$117,808.70__ | __A+ Federal Credit Union - San Pedro__ |
| | Creditor's name | __03/20/2024__ | | |
| | __PO Box 14867__ | | | |
| | Street | __04/23/2024__ | | |
| | | | | |
| | __Austin, TX 78761-4867__ | __05/20/2024__ | | |
| | City    State    ZIP Code | __06/21/2024__ | | |
| | Relationship to debtor | | | |
| | __Debtor__ | __07/23/2024__ | | |
| | | __08/26/2024__ | | |
| | | __09/20/2024__ | | |
| | | __10/21/2024__ | | |
| | | __11/20/2024__ | | |
| | | __12/20/2024__ | | |
| | | __01/17/2025__ | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Name

**5.1.** _____     _____     _____     _____

Creditor's name

Street

_____

_____

City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ Creditor's name _____ Street _____ _____ City    State    ZIP Code | XXXX– __ __ __ __ | | |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** **Ava McPartlin vs. Debbie Outlaw Properties, LLC and Debbie Outlaw** | **Breach of Contract** | **Travis County Court at Law #1** Name **1100 Guadalupe** Street _____ **Austin, TX 78701** City    State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **C-1-CV-24-004001** | | | |
| **7.2.** **Yen Thi DO, Viraj Mahendra Joshi vs. Debbie Outlaw Properties, LLC** | **Security Deposit Dispute** | **Travis County Justice of the Peace, Precinct 5** Name **4717 Heflin Ln #127** Street _____ **Austin, TX 78721** City    State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **J5-CV-24-273882** | | | |

Debtor  **Debbie Outlaw Properties, LLC**                    Case number *(if known)*  **25-10167**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Impact Fire Services, LLC vs. Debbie Outlaw Properties, LLC** | **Breach of Contract** | **Travis County 459th District Court** <br> Name <br> **Po Box 1748** <br> Street <br><br> **Austin, TX 78767-1748** <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **D-1-GN-24-009647** | | | |
| 7.4. | **Blake Molthan, Campbell King, Kai Start and Luke Wexler vs. Debbie Outlaw and Debbie Outlaw Properties, LLC** | **Breach of terms of Lease Agreement** | **Travis County 200th Judicial District** <br> Name <br> **Po Box 1748** <br> Street <br><br> **Austin, TX 78767-1748** <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **D-1-GN-23-004459** | | | |
| 7.5. | **MDG Construction, LLC** | **Contract Dispute - Arbitration** | **Travis County 200th Judicial District** <br> Name <br> **Po Box 1748** <br> Street <br><br> **Austin, TX 78767-1748** <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **D-1-GN-23-003858** | | | |
| 7.6. | **Alfredo Topete Duenas d/b/a Eagle Plastering TX vs. Debbie Outlaw Properties, LLC** | **Abstract of Judgment** | **126th District Court of Travis County, Texas** <br> Name <br> **PO Box 1748** <br> Street <br><br> **Austin, TX 78767** <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **D-1-GN-24-004223** | | | |
| 7.7. | **Taylor Dahlgren vs. Debbie Outlaw Properties, LLC** | **Abstract of Judgment** | **Travis County Justice of the Peace, Precinct 5** <br> Name <br> **4717 Heflin Ln #127** <br> Street <br><br> **Austin, TX 78721** <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **J5-CV-19-25377** | | | |
| 7.8. | **Andrew Bassford vs. Debbie Outlaw Properties, LLC** | **Abstract of Judgment** | **Travis County Court at Law #2** <br> Name <br> **PO Box 1748** <br> Street <br><br> **Austin, TX 78767** <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **C-1-CV-20-004227** | | | |

Debtor **Debbie Outlaw Properties, LLC**
Name

Case number *(if known)* **25-10167**

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **City of Austin claims lien on 2606 Salado St - Debbie Outlaw Properties LLC** | **Statement Securing Lien for Clearance of Property** | **City of Austin**<br>Name<br>**PO Box 1088**<br>Street<br>**ATTN: DSD Code Finance**<br>**Austin, TX 78767-1088**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**LF-2024-127748** | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Safa Michigan; Sunny Hussain vs. Debbie Outlaw d/b/a Debbie Outlaw Properties, LLC** | **Judgment Rendered- now settled** | **Travis County Justice of the Peace, Precinct 5**<br>Name<br>**4717 Heflin Ln #127**<br>Street<br><br>**Austin, TX 78721**<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**J5CV23265643** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | **Case title** | Court name and address |
| | Street | | Name |
| | | **Case number** | Street |
| | City    State    ZIP Code | | City    State    ZIP Code |
| | | **Date of order or assignment** | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Debtor | **Debbie Outlaw Properties, LLC** | | | Case number *(if known)* | **25-10167** |
|--------|-----------|--|--|--|--|
| | Name | | | | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City                State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|--|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | **Frank B Lyon** | **Attorney's Fee retainer** | **02/04/2025** | **$25,000.00** |
| | **Address** | **Filing Fee** | **02/04/2025** | **$1,788.00** |
| | **PO Box 50210** Street | | | |
| | **Austin, TX 78763-0210** City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **frank@franklyon** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor  **Debbie Outlaw Properties, LLC**                    Case number *(if known)*    25-10167
Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | **(Unknown)** |
| | **Address** | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Tracy O'Donnell** | **Unit 200, 400 E. 30th Street** | **04/13/2023** | **$345,000.00** |
| | **Address** | | | |
| | **473 Milwaukee St.** | | | |
| | Street | | | |
| | **Denver, CO 80206** | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____  From _____ To _____
Street

_____
City          State      ZIP Code

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____   | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?
Street

_____
City          State      ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                **Nothing retained-Leases handled by third party real**

State the nature of the information collected and retained. **estate broker**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor **Debbie Outlaw Properties, LLC**      Case number *(if known)* **25-10167**

Name

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>**Address**<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

☐ No

Name

☐ Yes

Street

**Address**

City          State     ZIP Code

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Marcus Grimes, Kash Holloway and Dain Aylor**<br>Name<br>**2606 Salado St. Apt 403**<br>Street<br><br>**Austin          TX     78705**<br>City          State     ZIP Code | | ~~Security Deposit for Salado Apt. 403~~ | **$2,600.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Harsh Goel, Aditya Elledula, Sudhir Ganesh-Gopalakrishnan, Eshan Balachandar**<br>Name<br>**2606 Salado St. #401**<br>Street<br><br>**Austin          TX     78705**<br>City          State     ZIP Code | | ~~Security Deposit for Salado Apt. 401~~ | **$2,700.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Sarah Eckenroth; Lensy Velasquez, Helena Bjeletich**<br>Name<br>**2606 Salado Street Suite 301**<br>Street<br><br>**Austin          TX     78705**<br>City          State     ZIP Code | | ~~Security Deposit for Salado Apt. 301~~ | **$2,695.00** |

Debtor **Debbie Outlaw Properties, LLC**  Case number *(if known)* **25-10167**

Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Javier Ramirez II, Jacob Brooks, Cade Taylor, Chase Johnson**<br>Name<br>**2606 Salado St. Apt 402**<br>Street<br><br>**Austin       TX      78705**<br>City           State     ZIP Code | | ~~Security Deposit for Salado Apt 402~~ | **$2,700.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Alexander Wheelock**<br>Name<br>**3000 Duval Street Apt. 305**<br>Street<br><br>**Austin       TX      78705**<br>City           State     ZIP Code | | ~~Security Deposit for 3000 Duval Street Apt. 305~~ | **$2,110.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Qiyu Li, Zun Cao**<br>Name<br>**300 Duval St. Apt. 306**<br>Street<br><br>**Austin       TX      78705**<br>City           State     ZIP Code | | ~~Security Deposit for 3000 Duval Street, Apt. 306~~ | **$2,200.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jidnyesh A. Jawanjal, Roshan Dhanasiri**<br>Name<br>**3000 Duval Street Apt 205**<br>Street<br><br>**Austin       TX      78705**<br>City           State     ZIP Code | | ~~Security Deposit for 3000 Duval Street, Apt. 205~~ | **$850.00** |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

25-10167-smr  Doc#16  Filed 02/26/25  Entered 02/26/25 14:18:24  Main Document  Pg 97 of 102

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City        State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | _____ | EIN: _ _ – _ _ _ _ _ _ _ |
| Name _____ | | **Dates business existed** |
| Street _____ | | From _____ To _____ |
| _____ | | |
| City        State    ZIP Code | | |

Name

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Greg Copp** <br> Name <br><br> **1202 Nueces** <br> Street <br><br><br> **Austin, TX 78701** <br> City          State          ZIP Code | From **Inception**  To **Present** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br><br> Street <br><br><br> City          State          ZIP Code | From _____  To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Debbie Outlaw** <br> Name <br><br> **16105 Chateau Avenue** <br> Street <br><br><br> **Austin, TX 78734** <br> City          State          ZIP Code | |
| 26c.2. **Greg Copp** <br> Name <br><br> **1202 Nueces** <br> Street <br><br><br> **Austin, TX 78701** <br> City          State          ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

25-10167-smr  Doc#16  Filed 02/26/25  Entered 02/26/25 14:18:24  Main Document  Pg 99 of 102

Name

| Name and address |
| --- |

26d.1.  **A+ Federal Credit Union**
Name

**PO Box 14867**
Street

**Attention: Bankruptcy**

**Austin, TX 78761**
City                          State              ZIP Code

| Name and address |
| --- |

26d.2.  **Commercial National Bank**
Name

**PO Box 591**
Street

**Brady, TX 76825-0591**
City                          State              ZIP Code

| Name and address |
| --- |

26d.3.  **Frost Bank**
Name

**PO Box 34746**
Street

**San Antonio, TX 78265**
City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Debbie Outlaw | 16105 Chateau Avenue Austin, TX 78734 | Sole Managing Member, Membership Interest | 100.00% |

Debtor  25-10167-smr  Doc#16  Filed 02/26/25  Entered 02/26/25 14:18:24  Main Document  Pg 100
        **Debbie Outlaw Properties, LLC**                                          of 102                  Case number *(if known)*  **25-10167**

        Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| City          State     ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| _____ |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Debtor  **Debbie Outlaw Properties, LLC**  25-10167-smr  Doc#16  Filed 02/26/25  Entered 02/26/25 14:18:24  Main Document  Pg 101 of 102  Case number (if known)  **25-10167**

Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **02/26/2025**
           MM/  DD/  YYYY

**X** **/s/ Debbie J. Outlaw**                    Printed name      **Debbie J. Outlaw**
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Sole Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name __**Debbie Outlaw Properties, LLC**__

United States Bankruptcy Court for the:

__**Western District of Texas**__

Case number (if known): __**25-10167**__

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/26/2025__
MM/ DD/ YYYY

X __/s/ Debbie J. Outlaw__
Signature of individual signing on behalf of debtor

__**Debbie J. Outlaw**__
Printed name

__**Sole Managing Member**__
Position or relationship to debtor