**Fill in this information to identify the case:**

Debtor name __**Debbie Outlaw Properties, LLC**__

United States Bankruptcy Court for the:

__**Western District of Texas**__

Case number (if known): __**25-10167**__

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

__**Adita Ellendula**__

__**2606 Salado #401**__

__**Austin, TX 78705**__

**Date or dates debt was incurred**

__**8/7/2024**__

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$675.00**   Priority amount: **$675.00**

**2.2** **Priority creditor's name and mailing address**

__**Aiden Tijerina**__

__**609 Elmwood #B**__

__**Austin, TX 78705**__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,200.00**   Priority amount: **$1,200.00**

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.3
**Priority creditor's name and mailing address**

Alexander Wheelock

3000 Duval #305

Austin, TX 78705

**Date or dates debt was incurred**

8/21/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
Security deposit 3000 Duval #305

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,110.00     $2,110.00

### 2.4
**Priority creditor's name and mailing address**

Ashton Omstede

607 Elmwood #C

Austin, TX 78705

**Date or dates debt was incurred**

8/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,800.00     $1,800.00

### 2.5
**Priority creditor's name and mailing address**

Beck Wiltshire

607 Elmwood #A

Austin, TX 78705

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,200.00     $1,200.00

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:**</div> Additional Page

---

**2.6**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,350.00 | $1,350.00 |
|---|---|---|---|

Ben Woodward

609 Elmwood #C

Austin, TX 78705

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the Claim:**
Security deposit 609 Elmwood #C

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

**2.7**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 | $675.00 |
|---|---|---|---|

Cade Taylor

2606 Salado #402

Austin, TX 78705

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/7/2024

**Basis for the Claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

**2.8**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,800.00 | $1,800.00 |
|---|---|---|---|

Callan Spence

607 Elmwood #C

Austin, TX 78705

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/2/2024

**Basis for the Claim:**
Security deposit 607 Elmwood #C

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

---

| Debtor | Debbie Outlaw Properties, LLC | | Case number *(if known)* | 25-10167 |
|---|---|---|---|---|
| | Name | | | |

### Part 1: Additional Page

**2.9**

**Priority creditor's name and mailing address**

**Charles Sweet**

**609 Elmwood #B**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/1/2023**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00          $1,200.00

---

**2.10**

**Priority creditor's name and mailing address**

**Chase Johnson**

**2606 Salado #402**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/7/24**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$675.00          $675.00

---

**2.11**

**Priority creditor's name and mailing address**

**Dain Aylor**

**2606 Salado #404**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/7/2024**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$866.67          $866.67

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

### 2.12

**Priority creditor's name and mailing address**

**David Cox**

**609 Elmwood #B**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/1/2023**

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$1,200.00          $1,200.00

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 2.13

**Priority creditor's name and mailing address**

**Eshan Balachandar**

**2606 Salado #401**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/7/2024**

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$675.00          $675.00

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 2.14

**Priority creditor's name and mailing address**

**Gardner Watson**

**607 Elmwood #B**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/2/2024**

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$1,350.00          $1,350.00

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,350.00 | $1,350.00 |
|---|---|---|---|---|

**2.15**

Priority creditor's name and mailing address

**Gunnar Williams**

**609 Elmwood #C**

**Austin, TX 78705**

Date or dates debt was incurred

**8/2/2024**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$1,350.00**    **$1,350.00**

Basis for the Claim:

**Security deposit 609 Elmwood #C**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.16**

Priority creditor's name and mailing address

**Harrison Hensley**

**609 Elmwood #B**

**Austin, TX 78705**

Date or dates debt was incurred

**8/1/2023**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$1,200.00**    **$1,200.00**

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.17**

Priority creditor's name and mailing address

**Harsh Goel**

**2606 Salado #401**

**Austin, TX 78705**

Date or dates debt was incurred

**8/7/2024**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**$675.00**    **$675.00**

Basis for the Claim:

**Security deposit 2606 Salado #401**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

### Part 1: Additional Page

**2.18**

**Priority creditor's name and mailing address**

Helen Bejeltich

2606 Salado #301

Austin, TX 78705

**Date or dates debt was incurred**

8/5/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$898.33     $898.33

---

**2.19**

**Priority creditor's name and mailing address**

Jack Sanders

607 Elmwood #B

Austin, TX 78705

**Date or dates debt was incurred**

8/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,350.00     $1,350.00

---

**2.20**

**Priority creditor's name and mailing address**

Jack Stoker

607 Elmwood #A

Austin, TX 78705

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,200.00     $1,200.00

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

### Part 1: Additional Page

**2.21**

**Priority creditor's name and mailing address**

Jacob Brooks

2606 Salado #402

Austin, TX 78705

**Date or dates debt was incurred**

8/7/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**     $675.00     $675.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22**

**Priority creditor's name and mailing address**

James Cooley

607 Elmwood #B

Austin, TX 78705

**Date or dates debt was incurred**

8/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**     $1,350.00     $1,350.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

Security deposit 607 Elmwood #B

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23**

**Priority creditor's name and mailing address**

Javier Ramirez II

2606 Salado #402

Austin, TX 78705

**Date or dates debt was incurred**

8/7/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**     $675.00     $675.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

Security deposit 2606 Salado #402

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Debbie Outlaw Properties, LLC | Case number (if known) | 25-10167 |
| --- | --- | --- | --- |
| | Name | | |

## Part 1: Additional Page

**2.24**

**Priority creditor's name and mailing address**

Jidnyesh Jawanjal

3000 Duval #205

Austin, TX 78705

**Date or dates debt was incurred**

11/20/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $850.00 — $850.00
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

Security deposit 3000 Duval # 205

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.25**

**Priority creditor's name and mailing address**

John Masterson

607 Elmwood #B

Austin, TX 78705

**Date or dates debt was incurred**

8/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $1,350.00 — $1,350.00
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.26**

**Priority creditor's name and mailing address**

Kash Holloway

2606 Salado #404

Austin, TX 78705

**Date or dates debt was incurred**

8/7/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $866.67 — $866.67
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.27

**Priority creditor's name and mailing address**

Lensy Velasquez

2606 Salado #301

**Date or dates debt was incurred**

8/5/2024

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $898.33      $898.33
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 2.28

**Priority creditor's name and mailing address**

Lucas Fiur

607 Elmwood #A

Austin, TX 78705

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $1,200.00      $1,200.00
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 2.29

**Priority creditor's name and mailing address**

Marcus Grimes

2606 Salado #403

Austin, TX 78705

**Date or dates debt was incurred**

8/7/2024

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $866.67      $866.67
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

Security deposit 2606 Salado #404

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|--------|-----------------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.30**

**Priority creditor's name and mailing address**

Qiyu Lu

3000 Duval #306

Austin, TX 78705

**Date or dates debt was incurred**

8/17/2024

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

Security deposit 3000 Duval #306

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00    $1,100.00

---

**2.31**

**Priority creditor's name and mailing address**

Quintin Moon

609 Elmwood #B

Austin, TX 78705

**Date or dates debt was incurred**

8/1/2023

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

Security deposit 609 Elmwood #B

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00    $1,200.00

---

**2.32**

**Priority creditor's name and mailing address**

Reece Sampayo

607 Elmwood #C

78705

**Date or dates debt was incurred**

8/2/2024

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

Security deposit 607 Elmwood #C

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,800.00    $1,800.00

---

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number *(if known)* | **25-10167** |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

**2.33** | Priority creditor's name and mailing address
**Richard Carter**

**607 Elmwood #B**

**Austin, TX 78705**

Date or dates debt was incurred
**8/2/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,350.00   $1,350.00

---

**2.34** | Priority creditor's name and mailing address
**Roshan Dhanasiri**

**3000 Duval #205**

**Austin, TX 78705**

Date or dates debt was incurred
**11/20/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

$850.00   $850.00

---

**2.35** | Priority creditor's name and mailing address
**Sarah Eckenroth**

**2606 Salado #301**

**Austin, TX 78705**

Date or dates debt was incurred
**8/5/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:
**Security deposit 2606 Salado #301**

Is the claim subject to offset?
☑ No
☐ Yes

$2,695.00   unknown

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.36** Priority creditor's name and mailing address

**Sundhir Ganesh**

**2606 Salado #401**

**Austin, TX 78705**

Date or dates debt was incurred

**8/7/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $675.00     $675.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

**Tilden Lamme**

**609 Elmwood #C**

**Austin, TX 78705**

Date or dates debt was incurred

**8/2/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $1,350.00     $1,350.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:
**Security deposit 609 Elmwood #C**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

**Ty Shapiro**

**609 Elmwood #C**

Date or dates debt was incurred

**8/2/2024**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(7)**

As of the petition filing date, the claim is:     $1,350.00     $1,350.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:
**Security deposit 609 Elmwood #C**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.39**

**Priority creditor's name and mailing address**

**Whit Thompson**

**607 Elmwood #B**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/2/2024**

**Last 4 digits of account**
number \_\_ \_\_ \_\_ \_\_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,350.00    $1,350.00

---

**2.40**

**Priority creditor's name and mailing address**

**William Carter**

**609 Elmwood #B**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/1/2023**

**Last 4 digits of account**
number \_\_ \_\_ \_\_ \_\_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00    $1,200.00

---

**2.41**

**Priority creditor's name and mailing address**

**William Norris**

**607 Elmwood #A**

**Austin, TX 78705**

**Date or dates debt was incurred**

**8/1/2023**

**Last 4 digits of account**
number \_\_ \_\_ \_\_ \_\_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00    $1,200.00

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

### Part 1:  Additional Page

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

Zun Cao

3000 Duval #306

Austin, TX 78705

**Date or dates debt was incurred**

8/17/2024

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(7)**

**As of the petition filing date, the claim is:** $1,100.00    $1,100.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number *(if known)* | **25-10167** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

$148.24

---

**3.2** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred **10/16/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☒ No
☐ Yes

$62.54

---

**3.3** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred **10/16/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **COA Permit**

Is the claim subject to offset?
☒ No
☐ Yes

$62.54

---

**3.4** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred **10/17/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **COA Permit**

Is the claim subject to offset?
☒ No
☐ Yes

$1,098.66

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/22/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

**$602.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/23/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

**$62.54**

---

**3.7** Nonpriority creditor's name and mailing address

**Austin Development Service Department**

**6310 Wihelmina Delco Drive**

**Austin, TX 78752**

Date or dates debt was incurred  **10/23/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **COA Permit**

Is the claim subject to offset?
☑ No
☐ Yes

**$250.16**

---

**3.8** Nonpriority creditor's name and mailing address

**Blake Molthan**

**c/o C. Kyle Pugh, P.C.**

**4015 Main Street Suite 100**

**Dallas, TX 75226**

Date or dates debt was incurred  **11/19/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit/Settlement Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,437.50**

---

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

**Campbell King**

c/o C. Kyle Pugh, P.C.

4015 Main Street Suite 100

Dallas, TX 75226

Date or dates debt was incurred  **11/19/2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit/Settlement Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$3,437.50

---

**3.10** | Nonpriority creditor's name and mailing address

**Cater Joseph Homes, LLC**

913 W 29th St

Austin, TX 78705

Date or dates debt was incurred  **2024**

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General contractor 3000 Duval**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.11** | Nonpriority creditor's name and mailing address

**City of Austin**

PO Box 2267

Austin, TX 78768-2267

Date or dates debt was incurred  _____

Last 4 digits of account number  **3  6  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities 3000 Duval**

Is the claim subject to offset?
☑ No
☐ Yes

$202.99

---

**3.12** | Nonpriority creditor's name and mailing address

**Fritz Byrne**

402 West 7th Street

Austin, TX 78701

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$15,514.00

---

| Debtor | **Debbie Outlaw Properties, LLC** | | Case number *(if known)* | **25-10167** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,397.25 |
|---|---|---|---|

**GT Lumber & Supply, LLC**

**9400 Brown Ln**

**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials 3000 Duval**

Date or dates debt was incurred   **1/13/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Impact Fire Services, LLC**

**1 Chisholm Trail Road Suite 330**

**Round Rock, TX 78681**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit**

Date or dates debt was incurred   **12/04/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**JJ's Fence and Gate Opener LLC**

**537 Tumlinson Fort Way**

**Lockhart, TX 78644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Keypad 3000 Duval**

Date or dates debt was incurred   **10/31/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $538.23 |
|---|---|---|---|

**Joseph Companies**

**913 W 29th Street**

**Austin, TX 78705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **3000 Duval Materials**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Kai Stark**

**c/o C. Kyle Pugh P.C.**

**4015 Main Street Suite 100**

**Dallas, TX 75226**

Date or dates debt was incurred    **11/19/2024**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                   **Lawsuit/Settlement**
Basis for the claim:  **Agreement**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,437.50**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Luke Wexler**

**c/o C. Kyle Pugh P.C.**

**4015 Main Street Suite 1000**

**Dallas, TX 75226**

Date or dates debt was incurred    **11/19/2024**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                   **Lawsuit/Settlement**
Basis for the claim:  **Agreement**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,437.50**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**MDG Construction, LLC**

**c/o James Hicks and Scott Griffith**

**515 Congress Avenue Suite 1620**

**Austin, TX 78701**

Date or dates debt was incurred    **02/17/2025**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Arbitration Award**

**Is the claim subject to offset?**
☐ No
☒ Yes

**$1,061,680.30**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Mike McHone**

**PO Box Box 301201**

**Austin, TX 78703**

Date or dates debt was incurred    **Oct 2023-Aug 2024**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant 3000 Duval**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,250.00**

---

| Debtor | Debbie Outlaw Properties, LLC | Case number *(if known)* | 25-10167 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

---

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address

**Quality Flooring LLC**

**1306 Dominique Drive**

**Austin, TX 78753**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $18,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Labor for 3000 Duval**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Sunbelt Rentals, Inc.**

**1275 West Mound Street**

**Columbus, OH 43223**

Date or dates debt was incurred **09/26/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,960.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lien Affidavit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Western Pacific Materials, Inc.**

**7607 Bluff Point Drive**

**Houston, TX 77088**

Date or dates debt was incurred **07/11/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $53,059.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mechanic's Lien Affidavit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Yen Thi Do and Viraj Mahendra Joshi**

**2500 Longview Street 301**

**Austin, TX 78705**

Date or dates debt was incurred **10/28/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $17,179.80
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Reimbursement for rent and security deposit**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Debbie Outlaw Properties, LLC** | Case number *(if known)* | **25-10167** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Griffith, Scott** **515 Congress Avenue Suite 1620** **Austin, TX 78701** | Line **3.19** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Hicks, James** **515 Congress Avenue Suite 1620** **Austin, TX 78701** | Line **3.19** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Law Office of Russell Frost, PLLC** **c/o Russell Frost** **711 W 7th St** **Austin, TX 78701-2711** | Line **3.14** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **Mulry, Patrick T.** **7160 Dallas Pkwy Suite 625** **Plano, TX 75024** | Line **3.19** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Debbie Outlaw Properties, LLC**                    Case number *(if known)*    **25-10167**
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.      **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$49,401.67** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$1,232,118.73** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,281,520.40** |

**Fill in this information to identify the case:**

Debtor name      **Debbie Outlaw Properties, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known):    **25-10167**    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*..................................................................................................

    **$13,339,954.00**

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.................................................................................................

    **$64,902.16**

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*....................................................................................................

    **$13,404,856.16**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    **$19,538,950.25**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

    **$49,401.67**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

    **+**   **$1,232,118.73**

4. **Total liabilities**................................................................................................................

    Lines 2 + 3a + 3b

    **$20,820,470.65**

**Fill in this information to identify the case:**

Debtor name      **Debbie Outlaw Properties, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known):      **25-10167**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule*   **E/F**

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/06/2025** _____
      MM/ DD/ YYYY

X   **/s/ Debbie J. Outlaw** _____
     Signature of individual signing on behalf of debtor

     **Debbie J. Outlaw** _____
     Printed name

     **Sole Managing Member** _____
     Position or relationship to debtor