IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-10167-smr |
| | § | |
| **DEBBIE OUTLAW PROPERTIES, LLC** | § | |
| | § | CHAPTER 11 |
| | § | SUBCHAPTER V |
| **DEBTOR** | § | |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF IMPACT FIRE SERVICES, LLC

TO THE HONORABLE SHAD M. ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Debbie Outlaw Properties, LLC, debtor-in-possession ("Debtor"), filing its Response to the Motion for Relief from Automatic Stay filed by Impact Fire Services, LLC [ECF #82] and would respectfully show the following:

1. With respect to paragraph 1, no response is required.

2. Debtor admits the allegations of paragraphs 2, 3, and 4.

3. After reasonable inquiry, the Debtor lacks sufficient information to admit or deny the allegations of paragraph 5.

4. The Debtor admits the allegations of paragraph 6.

5. The Debtor denies the allegations of paragraph 7.

6. The Debtor admits the allegations of paragraph 8.

7. The Debtor denies the allegations of paragraph 9. The Debtor admits that an affidavit claiming a lien has been recorded, but not a lien.

8. With respect to paragraph 10, the Debtor admits that the notice was sent, but denies the existence of a lien.

9. The Debtor denies the allegations of paragraph 11. The invoice attached is for May 2024, 9 months prior to the petition date. Movant ceased to provide services to the Debtor many months prior to the petition date.

10. Debtor denies the allegations of paragraph 12. Only an affidavit claiming a lien was filed.

11. With respect to paragraph 13, the Debtor admits that the values cited are the values from the Travis Central Appraisal District for 2025, but denies that the values of the Appraisal District represent the values of the Elmwood properties. On June 4, 2025, the Debtor amended its Schedules to reflect the value of each Elmwood Property at $2,900,000 for a combined value of $5,800,000.00. The Debtor would note that the references to the Exhibits as Exhibits F and G are incorrect.

12. With respect to paragraph 14, the Debtor can neither admit nor deny the validity of the lien searches, as they were not performed by the Debtor. The Debtor admits that A+ Federal Credit Union holds a first lien against the Elmwood Properties and an abstract of judgment has been filed by Alfredo Topete Duenas. The Debtor denies that the Elmwood properties are over encumbered relative to their true value.

13. With respect to paragraph 15, the Debtor admits that the Elmwood properties are governed by restrictive covenants, but denies that this impairs their value.

14. No response is necessary to paragraph 16.

15. The Debtor admits the allegations of paragraphs 17 and 18.

16. The Debtor denies the allegations of paragraphs 19 and 20. As noted above, the Debtor has not been usings Movant's services since many months before the petition date.

17. The Debtor admits the allegations of paragraph 21, but would show that the Movant has no lien on rents or cash collateral generated by the property, as the Movant is not a mortgage holder, but rather a party claiming a lien through an affidavit.

18. The Debtor denies the allegations of paragraph 22 for the reasons set forth above.

19. The Debtor denies the allegations of paragraph 23. As noted above, the Debtor believes the Properties to be worth $5.8 million, which is several million dollars above the secured debt.

20. The Debtor admits the allegations of paragraph 24, and would show that the Court has entered an order extending the exclusive period for the Debtor to file a plan to July 11, 2025 [ECF No. 90].

21. With respect to paragraph 25, the Debtor admits the allegations of the first sentence, and denies the allegations of the second. As noted above, the Movant has not provided services to the Debtor for many months before the petition date and Debtor now uses a different service provider.

22. The Debtor denies the allegations of paragraph 26. The Elmwood Properties generate cashflow over and above the amount necessary to service the debt to A+ Federal Credit Union, pay the property taxes and insurance. A+ has consented to the Debtor's use of these excess rents. *See* ECF No. 65.

23. Debtor denies the allegations of paragraph 27. As noted above, the invoice referenced is from May 2024.

24. The Debtor denies the allegations of paragraph 28. As noted above, Movant has not been providing services to the Debtor since prior to the petition date.

25. With respect to paragraph 29, the Debtor denies that the Elmwood Properties are not insured. True and Correct copies of proof of insurance on the Elmwood Properties are attached as Exhibit 1.

WHEREFORE, premises considered, the Debtor prays that the Motion be denied, and for such other and further relief to which it may be justly entitled.

Dated: June 17, 2025

RESPECTFULLY SUBMITTED BY,

LAW OFFICES OF FRANK B. LYON
<u>Physical Address</u>:
3800 North Lamar Boulevard, Suite 200
Austin, Texas 78756
<u>Mailing Address</u>:
Post Office Box 50210
Austin, Texas 78763
(512) 345-8964
(512) 697-0047 (fax)
Email: frank@franklyon.com

By: */s/ Frank B. Lyon*
    FRANK B. LYON
    State Bar No. 12739800
    ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the above Response has been served via the Court's ECF system to those parties registered for such and sent to the parties as shown below.

**By *ECF notification***
Jessica L. Hanzlick
Office of the US Trustee
email: jessica.l.hanzlick @usdoj.gov

**Counsel for A+ Federal Credit Union**
Doug Buncher
Via ECF
And Email: dbuncher@neliganlaw.com

**Counsel for Impact Fire Services, LLC**
Russell Frost
Via ECF
And Email: rfrost@russellfrostlaw.com

**Debtor -Via Email:**
Debbie Outlaw Properties LLC
16105 Chateau Ave.
Austin, TX 78734
Email: mdrth5out@aol.com

and on the attached matrix by first class US mail, except for parties receiving notice via CM/ECF or via email.

                                                  */s/ Frank B. Lyon*
                                                  Frank B. Lyon

# EXHIBIT 1

# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):**

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDTIONAL INERST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| AGENCY | PHONE (A/C, No, Ext): 512-369-2992 | COMPANY |
|---|---|---|
| Lakeway Insurance Group<br>2501 Ranch Road 620 S<br>Suite 201<br>Lakeway, TX 78734 | | Lloyd's of London |

| FAX (A/C, No): 866-316-4994 | E-MAIL ADDRESS: cedwards@lakewayinsurancegroup.com |
|---|---|
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID #: | |

| INSURED | LOAN NUMBER | POLICY NUMBER AB2505715 |
|---|---|---|
| DEBBIE OUTLAW PROPERTIES, LLC<br>16105 Chateau Ave<br>Austin, TX 78734 | EFFECTIVE DATE 06/01/25 | EXPIRATION DATE 06/01/26 | CONTINUED UNTIL TERMINATED IF CHECKED |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

607 Elmwood Place, Austin, TX 78705

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Commercial Building Coverage/ Special-Theft | $1,751,000 | 10,000 AOP<br>5% Wind & Hail<br>$5,000 Water damage |

## REMARKS (Including Special Conditions)

Mortgagee - A+ Federal Credit Union, PO Box 15384, Austin, TX 78761
Party for notice: US Trustee, 903 San Jacinto Blvd, Room 230, Austin 78701.

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | X MORTGAGEE | x ADDITIONAL INSURED |
|---|---|---|
| Listed above in Remarks | LOSS PAYEE | |
| | LOAN # | |
| | AUTHORIZED REPRESENTATIVE<br>*Cindy Edwards* | |

ACORD 27 (2006/07) © ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDTIONAL INEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| AGENCY | PHONE (A/C, No, Ext): 512-369-2992 | COMPANY |
|---|---|---|
| Lakeway Insurance Group<br>2501 Ranch Road 620 S<br>Suite 201<br>Lakeway, TX 78734 | | Lloyd's of London |

| FAX (A/C, No): 866-316-4994 | E-MAIL ADDRESS: cedwards@lakewayinsurancegroup.com |
|---|---|
| **CODE:** | **SUB CODE:** |
| **AGENCY CUSTOMER ID #:** | |

| INSURED | LOAN NUMBER | POLICY NUMBER<br>AB2505715 |
|---|---|---|
| DEBBIE OUTLAW PROPERTIES, LLC<br>16105 Chateau Ave<br>Austin, TX 78734 | **EFFECTIVE DATE** 06/01/25 | **EXPIRATION DATE** 06/01/26 | **CONTINUED UNTIL TERMINATED IF CHECKED** |
| | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**

609 Elmwood Place, Austin, TX 78705

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Commercial Building Coverage/ Special-Theft | $1,751,000 | 10,000 AOP<br>5% Wind & Hail<br>$5,000 Water damage |

## REMARKS (Including Special Conditions)

Mortgagee - A+ Federal Credit Union, PO Box 15384, Austin, TX 78761
Party for notice: US Trustee, 903 San Jacinto Blvd, Room 230, Austin 78701.

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | X MORTGAGEE | x ADDITIONAL INSURED |
|---|---|---|
| Listed above in Remarks | LOSS PAYEE | |
| | LOAN # | |
| | AUTHORIZED REPRESENTATIVE<br>*Cindy Edwards* | |

ACORD 27 (2006/07) © ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Clear All

```
Label Matrix for local noticing        Debbie Outlaw Properties, LLC          U.S. BANKRUPTCY COURT
0542-1                                  16105 Chateau Avenue                   903 SAN JACINTO, SUITE 322
Case 25-10167-smr                       Austin, TX 78734-2631                  AUSTIN, TX 78701-2450
Western District of Texas
Austin
Tue Jun 17 17:00:56 CDT 2025

400 E 30th Street HOA                   A+ Federal Credit Union                A+ Federal Credit Union
c/o Property Management of Texas        6420 E 290 SVRD                        Attention: Bankruptcy
704 W. 24th Street                      Austin, TX 78723                       PO Box 14867
Austin, TX 78705-4708                                                          Austin, TX 78761-4867


Alfredo Topete Duenas                   Alfredo Topete Duenas dba Eagle Plastering T   Andrew Bassford
c/o Karalynn C. Cromeens                1345 Campbell Road                     c/o Brian McGiverin
1345 Campbell Road Suite 200            Suite 200                              2028 E. Ben White Blvd. Ste 240 PMB 5960
Houston, TX 77055-6482                  Houston, TX 77055-6482                 Austin, TX 78741-6931


Austin Development Service Department   Ava McPartlin                          Blake Molthan
6310 Wihelmina Delco Drive              2604 Salado Street 102                 c/o C. Kyle Pugh, P.C.
Austin, TX 78752                        Austin, TX 78705-3939                  4015 Main Street Suite 100
                                                                               Dallas, TX 75226-1231


Campbell King                           Cater Joseph Homes, LLC                (p)CITY OF AUSTIN   AUSTIN ENERGY
c/o  C. Kyle Pugh, P.C.                 913 W 29th St                          ATTN COLLECTIONS DEPARTMENT
4015 Main Street Suite 100              Austin, TX 78705-3534                  4815 MUELLER BLVD
Dallas, TX 75226-1231                                                          AUSTIN TX 78723-3573


Commercial National Bank                Commercial National Bank               Commercial National Bank of Brady
PO Box 591                              c/o Davor Rukavina                     Commercial National Bank c/o Tim Cardina
Brady, TX 76825-0591                    Munsch Hardt Kopf & Harr, P.C.         110 Ave H Ste. 114
                                        500 N. Akard St., Suite 4000           Marble Falls, TX 78654-5759
                                        Dallas, TX 75201-6605


Frost Bank                              Frost Bank                             GT Lumber & Supply, LLC
PO Box 34746                            c/o Robert L. Barrows                  9400 Brown Ln
San Antonio, TX 78265-4746              Langley & Banack, Inc.                 Austin, TX 78754-4012
                                        745 E. Mulberry, Suite 700
                                        San Antonio, Texas 78212-3172


Impact Fire Services, LLC               J. Kyle Jaksa                          JJ's Fence and Gate Opener LLC
1 Chisholm Trail Road Suite 330         Munsch Hardt Kopf & Harr P.C.          537 Tumlinson Fort Way
Round Rock, TX 78681-5094               500 N. Akard St., Suite 4000           Lockhart, TX 78644
                                        Dallas, TX 75201-6605


James Hicks                             Joseph Companies                       Kai Stark
515 Congress Avenue Suite 1620          913 W 29th Street                      c/o C. Kyle Pugh P.C.
Austin, TX 78701-3576                   Austin, TX 78705-3534                  4015 Main Street Suite 100
                                                                               Dallas, TX 75226-1231


Law Office of Russell Frost, PLLC       Luke Wexler                            MDG Construction LLC
c/o Russell Frost                       c/o C. Kyle Pugh P.C.                  c/o James Hicks
711 W 7th St                            4015 Main Street Suite 1000            Griffith Davison, PC
Austin, TX 78701-2711                   Dallas, TX 75226-1231                  515 Congress Ste. 1620
                                                                               Austin, Texas 78701-3576
```

| | | |
|---|---|---|
| MDG Construction, LLC<br>c/o James Hicks and Scott Griffith<br>515 Congress Avenue Suite 1620<br>Austin, TX 78701-3576 | Mike McHone<br>PO Box Box 301201<br>Austin, TX 78703-0021 | Patrick T. Mulry<br>7160 Dallas Pkwy Suite 625<br>Plano, TX 75024-4228 |
| Prosperity Bank<br>PO Box 4<br>El Campo, TX 77437-0004 | Prosperity Bank<br>c/o Lisa C. Fancher<br>Fritz Byrne, PLLC<br>402 West Seventh St.<br>Austin, TX 78701-2808 | Quality Flooring LLC<br>1306 Dominique Drive<br>Austin, TX 78753-6836 |
| Rolling Suds Austin-Westlake<br>2711 Daisy Drive Unit 2C<br>Austin, TX 78727-1358 | Sarah J. Shoulton<br>1345 Campbell Road<br>Suite 200<br>Houston, TX 77055-6482 | Scott Griffith<br>515 Congress Avenue Suite 1620<br>Austin, TX 78701-3576 |
| Sunbelt Rentals, Inc.<br>1275 West Mound Street<br>Columbus, OH 43223-2213 | Sunwest Industries, Inc.<br>PO Box 80910<br>Midland, TX 79708-0910 | Taylor Dahlgren<br>814 Reinicke Street<br>Houston, TX 77007-5172 |
| Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | The Tile Guy<br>c/o Barron & Newburger, P.C.<br>7320 N. MoPac Expwy., Suite 400<br>Austin, TX 78731-2347 | Travis County Tax office<br>PO Box 149328<br>Austin, TX 78714-9328 |
| Travis County c/o Jason A. Starks<br>PO Box 1748<br>Austin, Texas 78767-1748 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Western Pacific Building Materials<br>Attn: Ryan Heffernan<br>1201 SE Tech Center Drive, Suite 150<br>Vancouver, WA 98683-5523 |
| Western Pacific Materials, Inc.<br>7607 Bluff Point Drive<br>Houston, TX 77086-1765 | Yen Thi Do and Viraj Mahendra Joshi<br>2500 Longview Street 301<br>Austin, TX 78705-4292 | Frank B. Lyon<br>Frank B. Lyon, Attorney<br>PO Box 50210<br>Austin, TX 78763-0210 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Austin
PO Box 2267
Austin, TX 78768-2267

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)400 E 30th Street HOA.              End of Label Matrix
c/o Property Management of Texas       Mailable recipients    50
704 W. 24th Street                     Bypassed recipients     1
Austin, TX 78705-4708                  Total                  51
```