**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 25-10167-smr** |
| **DEBBIE OUTLAW PROPERTIES, LLC** | § | |
| | § | **CHAPTER 11** |
| | § | **SUBCHAPTER V** |
| **DEBTOR** | § | |

## DEBTOR'S MOTION TO DISMISS CASE WITH PREJUDICE

TO THE HONORABLE SHAD M. ROBINSON, U.S. BANKRUPTCY JUDGE:

Comes now Debbie Outlaw Properties, LLC, the Debtor in Possession in the above entitled and numbered Chapter 11 Subchapter V proceeding (the "Debtor") and files this its motion to Dismiss with Prejudice, and in support thereof would respectfully show the Court as follows:

### SUMMARY OF RELIEF SOUGHT

1.      The Debtor is a Texas limited liability company that develops and operates real estate properties in the Austin metro area, and primarily in close proximity to the University of Texas campus.

2.      By this Motion, the Debtor seeks to have its case dismissed with prejudice against re-filing for 180 days.

### BACKGROUND

3.      These Chapter 11 proceedings were commenced by a voluntary petition filed on February 5, 2025.  At this time, the Debtor continues to operate its business and manage its affairs as a debtor in possession pursuant to §§ 1107 and 1108 of Bankruptcy Code.  The Debtor has all of the rights, duties and powers of a trustee under § 1106 of Bankruptcy Code, except as

limited by 11 U.S.C. § 1107(a).

4.      This case was not commenced by an involuntary petition and has not been converted to Chapter 11 from any other chapter under the Bankruptcy Code.

5.      One of the properties owned by the Debtor is an apartment complex at 3000 Duval St., Austin, Travis County, Texas 78705 (the "Duval Property"). The filing of this case was triggered by an arbitration award against the Debtor in favor of MDG Construction, LLC, the original general contractor on the Duval Property, in the amount of $1,061,680.30 (the "Arbitration Award").

6.      The Arbitration Award and the claim of MDG have been purchased by, and transferred to Sun West Industries, Inc., an entity owned by Malcolm Outlaw, the husband of the Debtor's principal.

7.      On July 11, 2025, the Court granted the Motion for Relief from Stay filed by Commercial National Bank of Brady ("CNB") allowing CNB to foreclose on the Duval Property.

8.      The Debtor, CNB and Malcolm Outlaw, have entered into a forbearance agreement through November 3, 2025 covering the Duval Property (the "Forbearance Agreement").

9.      With the reason for filing this case being to protect the Duval Property, given the purchase of the Arbitration Award by Sun West Industries, Inc., and the Forbearance Agreement, the need for the continued existence of this case has passed.

10.      The Debtor therefore requests that this case be dismissed with prejudice to refiling for 180 days.

WHEREFORE, PREMISES CONSIDERED, Debtor requests the Court to enter an order dismissing the case with prejudice to refiling for 180 days, and granting such other and further

relief to which it might show itself to be entitled.

Dated:  August 25, 2025.

Respectfully submitted,

_/ s / Frank B. Lyon_
Frank B. Lyon, Texas SBN 12739800
<u>Physical Address:</u>
3800 North Lamar Boulevard, Suite 200
Austin, Texas 78756
<u>Mailing Address</u>:
Post Office Bos 50210
Austin, Texas 78763
512-345-8964 / Fax 512-647-0047
Email:  frank@franklyon.com

PROPOSED ATTORNEY FOR THE DEBTOR IN
POSSESSION, DEBBIE OUTLAW PROPERTIES, LLC

## CERTIFICATE OF CONFERENCE

On August 19, 2025, I conferred with Jessica Hanzlick in the Office of the U.S. Trustee and on August 22, 2025 with Davor Rukavina, counsel for CNB, Robert Barrows, counsel for Frost Bank, and Doug Buncher, counsel for A+ Federal Credit Union, and all informed me that they had no opposition to dismissal of the case with prejudice.

*/ s /  Frank B. Lyon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on August 25, 2025, on all parties requesting notice via the Court's CM/ECF system, the persons named below, at the addresses indicated and by the means indicated, and the attached matrix by US Mail, except for parties receiving copies via CM/ECF.

**By *ECF notification***
Jessica L. Hanzlick
Office of the US Trustee
email: jessica.l.hanzlick @usdoj.gov

**Debtor -Via Email:**
Debbie Outlaw Properties LLC
16105 Chateau Ave.
Austin, TX 78734
Email: mdrth5out@aol.com

*/ s /  Frank B. Lyon*

Label Matrix for local noticing
0542-1
Case 25-10167-smr
Western District of Texas
Austin
Tue Jun 17 17:00:56 CDT 2025

Debbie Outlaw Properties, LLC
16105 Chateau Avenue
Austin, TX 78734-2631

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

400 E 30th Street HOA
c/o Property Management of Texas
704 W. 24th Street
Austin, TX 78705-4708

A+ Federal Credit Union
6420 E 290 SVRD
Austin, TX 78723

A+ Federal Credit Union
Attention: Bankruptcy
PO Box 14867
Austin, TX 78761-4867

Alfredo Topete Duenas
c/o Karalynn C. Cromeens
1345 Campbell Road Suite 200
Houston, TX 77055-6482

Alfredo Topete Duenas dba Eagle Plastering T
1345 Campbell Road
Suite 200
Houston, TX 77055-6482

Andrew Bassford
c/o Brian McGiverin
2028 E. Ben White Blvd. Ste 240 PMB 5960
Austin, TX 78741-6931

Austin Development Service Department
6310 Wihelmina Delco Drive
Austin, TX 78752

Ava McPartlin
2604 Salado Street 102
Austin, TX 78705-3939

Blake Molthan
c/o C. Kyle Pugh, P.C.
4015 Main Street Suite 100
Dallas, TX 75226-1231

Campbell King
c/o  C. Kyle Pugh, P.C.
4015 Main Street Suite 100
Dallas, TX 75226-1231

Cater Joseph Homes, LLC
913 W 29th St
Austin, TX 78705-3534

(p)CITY OF AUSTIN   AUSTIN ENERGY
ATTN COLLECTIONS DEPARTMENT
4815 MUELLER BLVD
AUSTIN TX 78723-3573

Commercial National Bank
PO Box 591
Brady, TX 76825-0591

Commercial National Bank
c/o Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Suite 4000
Dallas, TX 75201-6605

Commercial National Bank of Brady
Commercial National Bank c/o Tim Cardina
110 Ave H Ste. 114
Marble Falls, TX 78654-5759

Frost Bank
PO Box 34746
San Antonio, TX 78265-4746

Frost Bank
c/o Robert L. Barrows
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, Texas 78212-3172

GT Lumber & Supply, LLC
9400 Brown Ln
Austin, TX 78754-4012

Impact Fire Services, LLC
1 Chisholm Trail Road Suite 330
Round Rock, TX 78681-5094

J. Kyle Jaksa
Munsch Hardt Kopf & Harr P.C.
500 N. Akard St., Suite 4000
Dallas, TX 75201-6605

JJ's Fence and Gate Opener LLC
537 Tumlinson Fort Way
Lockhart, TX 78644

James Hicks
515 Congress Avenue Suite 1620
Austin, TX 78701-3576

Joseph Companies
913 W 29th Street
Austin, TX 78705-3534

Kai Stark
c/o C. Kyle Pugh P.C.
4015 Main Street Suite 100
Dallas, TX 75226-1231

Law Office of Russell Frost, PLLC
c/o Russell Frost
711 W 7th St
Austin, TX 78701-2711

Luke Wexler
c/o C. Kyle Pugh P.C.
4015 Main Street Suite 1000
Dallas, TX 75226-1231

MDG Construction LLC
c/o James Hicks
Griffith Davison, PC
515 Congress Ste. 1620
Austin, Texas 78701-3576

MDG Construction, LLC
c/o James Hicks and Scott Griffith
515 Congress Avenue Suite 1620
Austin, TX 78701-3576

Mike McHone
PO Box Box 301201
Austin, TX 78703-0021

Patrick T. Mulry
7160 Dallas Pkwy Suite 625
Plano, TX 75024-4228

Prosperity Bank
PO Box 4
El Campo, TX 77437-0004

Prosperity Bank
c/o Lisa C. Fancher
Fritz Byrne, PLLC
402 West Seventh St.
Austin, TX 78701-2808

Quality Flooring LLC
1306 Dominique Drive
Austin, TX 78753-6836

Rolling Suds Austin-Westlake
2711 Daisy Drive Unit 2C
Austin, TX 78727-1358

Sarah J. Shoulton
1345 Campbell Road
Suite 200
Houston, TX 77055-6482

Scott Griffith
515 Congress Avenue Suite 1620
Austin, TX 78701-3576

Sunbelt Rentals, Inc.
1275 West Mound Street
Columbus, OH 43223-2213

Sunwest Industries, Inc.
PO Box 80910
Midland, TX 79708-0910

Taylor Dahlgren
814 Reinicke Street
Houston, TX 77007-5172

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

The Tile Guy
c/o Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731-2347

Travis County Tax office
PO Box 149328
Austin, TX 78714-9328

Travis County c/o Jason A. Starks
PO Box 1748
Austin, Texas 78767-1748

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Western Pacific Building Materials
Attn:  Ryan Heffernan
1201 SE Tech Center Drive, Suite 150
Vancouver, WA 98683-5523

Western Pacific Materials, Inc.
7607 Bluff Point Drive
Houston, TX 77086-1765

Yen Thi Do and Viraj Mahendra Joshi
2500 Longview Street 301
Austin, TX 78705-4292

Frank B. Lyon
Frank B. Lyon, Attorney
PO Box 50210
Austin, TX 78763-0210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Austin
PO Box 2267
Austin, TX 78768-2267

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) 400 E 30th Street HOA.
c/o Property Management of Texas
704 W. 24th Street
Austin, TX 78705-4708

| End of Label Matrix | |
|---|---|
| Mailable recipients | 50 |
| Bypassed recipients | 1 |
| Total | 51 |

<span style="color:red">PROPOSED ORDER</span>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO 25-10167-smr** |
| | § | |
| **DEBBIE OUTLAW PROPERTIES, LLC** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |
| | § | |

**<u>ORDER DISMISSING CASE WITH PREJUDICE</u>**

CAME ON TO BE CONSIDERED the Motion of the Debtor, Debbie Outlaw Properties, LLC to dismiss this case with prejudice. After considering the pleadings, agreement of the parties, evidence and argument of counsel, the Court finds that said Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above captioned case is hereby dismissed with prejudice and that the Clerk of the Court shall not accept any further filings from the Debtor for one hundred eighty (180) days from the date of entry of this order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that should the Debtor file another case under any chapter of the Bankruptcy Code that the automatic stay of 11 U.S.C. § 362

shall not apply to Commercial National Bank of Brady with respect to the real property and improvements located at 3000 Duval Street, Austin, Travis County, Texas.

IT IS FURTHER ORDERED that Debtor shall file all outstanding Monthly Operating Reports within 14 days of the entry of this Order and file the Monthly Operating Reports for August when due.

IT IS FURTHER ORDERED that all fees owed under 28 USC § 1930(a)(6) shall be paid within seven (7) days of entry of this Order and pay any future U.S. Trustee Fees when due.

#   #   #

*Approved:*

*/s/ Frank B. Lyon*
Frank B. Lyon, State Bar No. 12739800
LAW OFFICES OF FRANK B. LYON
Physical Address:
3800 N. Lamar Blvd., Ste. 200, Austin, TX 78756
Mailing Address:
Post Office Box 50210, Austin, TX 78763
512-345-8964 / 512-697-0047 (fax)
email: frank@franklyon.com

ATTORNEY FOR
DEBTOR- IN-POSSESSION


**MUNSCH HARDT KOPF & HARR P.C.**

*/s/ Davor Rukavina\**
Davor Rukavina, Esq.
Texas Bar No. 24030781
500 N. Akard St., Ste 4000
Dallas, Texas 75201
214-855-7500
drukavina@munsch.com

COUNSEL FOR COMMERCIAL
NATIONAL BANK OF BRADY

*signed with permission